UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2580 MJD/JGL

JOYCE E. LAMBERT,

Plaintiff,

v.

WILLIAM J. HENDERSON, UNITED STATES POSTMASTER GENERAL/ UNITED STATES POSTAL SERVICE CHIEF EXECUTIVE OFFICER, AND JUDITH THON, INDIVIDUALLY,

Defendants.

**O R D E R**

This matter came before the Court on the Motion For Extension of Time by the Defendants, and no hearing thereon being necessary, it is hereby

ORDERED that the time within which the Defendants have to respond to the complaint is extended to and including February 23, 2001.

Dated: Feb 1, 2001

JONATHAN G. LEBEDOFF
United States Magistrate Judge

FILED FEB 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK