UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Joyce E. Lambert,

Plaintiff,

vs.

John E. Potter,
United States Postmaster General,
and United States Postal Service,
and Judith Thon, individually.

Defendants.

Civil File No. 00-2580 MJD/JGL

**Stipulation to Amend the Complaint And Order**

---

Pursuant to Fed. R. Civ. P. 15 (a), the parties hereby stipulate that the complaint may be amended as it is reflected in Exhibit A, attached hereto. Plaintiff shall file and serve the original amended complaint by August 10, 2001. Defendants shall have to and including August 31, 2001 within which to serve and file their responses to the amended complaint.

Dated 7/31/01

Robert M. Small
United States Attorney
Friedrich A P Siekert
By: Friedrich A. P. Siekert
Assistant U. S. Attorney
Attorney ID No. 142013
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55414
(612) 664-5600
Attorney for Defendants

FILED AUG 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated 8/8/01

Celeste E. Culberth 228187
Attorney at Law
210 North River Ridge Circle
Burnsville, Minnesota 55337
(952) 346-0619

**Attorney for Plaintiff**

It is so ordered.

Dated Aug. 10, 2001

Jonathan G. Lebedoff
U.S. Magistrate Judge
United States District Court