UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2580 MJD/JGL

JOYCE E. LAMBERT,

Plaintiff,

v.

JOHN E. POTTER, IN HIS OFFICIAL CAPACITY AS POSTMASTER GENERAL OF THE UNITED STATES, THE UNITED STATES POSTAL SERVICE, AND JUDITH THON, INDIVIDUALLY,

Defendants.

**O R D E R**

This matter came before the Court on the Defendants' Motion to Compel and For Extension of Time. The Court has considered the motion, the materials submitted in support thereof and in opposition thereto, and the arguments of counsel at the hearing on February 8, 2002. Being thus duly advised, the Court finds the defendants' motion meritorious and that it should be and hereby is GRANTED.

IT IS THEREFORE ORDERED as follows:

1. Plaintiff shall submit to adverse medical examinations by both psychiatrist, Karen Bruggemeyer, M.D., and psychologist Gregory Hanson, Ph.D. Said examination are to be conducted as soon as practicable but at mutually convenient dates and times. Defendant shall submit their reports within ~~23~~ 14 days from the dates of the examinations.

No determination is made by this court as to whether the psychologist may testify - That is reserved for the trial judge. JGL

FILED FEB 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Plaintiff shall not be entitled to tape record the examinations.

Dated: Feb. 8, 2000

Jonathan G. Lebedoff
United States Magistrate Judge