UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2580 MJD/JGL

JOYCE E. LAMBERT,

Plaintiff,

v.

JOHN E. POTTER, IN HIS OFFICIAL CAPACITY AS POSTMASTER GENERAL OF THE UNITED STATES AND JUDITH THON, INDIVIDUALLY,

Defendants.

**STIPULATION TO AMEND PRETRIAL ORDER AND AMENDED PRETRIAL ORDER**

The parties, by counsel, hereby stipulate and agree that the Pretrial Order dated April 20, 2001, shall be amended as follows:

1. All discovery shall be completed by May 31, 2002;

2. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed on or before June 14, 2002;

3. Until further notice, all dispositive motions must be noticed, served, filed, and heard, in accordance with the Local Rules, by September 1, 2002; and

FILED MAR 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. This case shall be considered "ready for trial" as of September 1, 2002.

Dated: 3/5/02

THOMAS B. HEFFELFINGER
United States Attorney

BY: FRIEDRICH A. P. SIEKERT
Assistant U.S. Attorney
Attorney ID No. 142013
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorney for Defendants

Dated: 2/28/02

CELESTE E. CULBERTH
Attorney at Law
210 North River Ridge Circle
Burnsville, MN 55337
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: March 8, 2002

JONATHAN G. LEBEDOFF
United States Magistrate Judge