UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2580 MJD/JGL

| | |
|---|---|
| JOYCE E. LAMBERT,<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, IN HIS OFFICIAL CAPACITY AS POSTMASTER GENERAL OF THE UNITED STATES AND JUDITH THON, INDIVIDUALLY,<br><br>Defendants. | **STIPULATION TO AMEND PRETRIAL ORDER AND FINAL AMENDED PRETRIAL ORDER** |

The parties, by counsel, hereby stipulate and agree the Amended Pretrial Order dated August 9, 2002, shall be amended as follows:

1. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed on or before January 10, 2003;

2. Until further notice, all dispositive motions must be noticed, served, and filed in accordance with the Local Rules, by March 1, 2003; and

FILED 11-12-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. This case shall be considered "ready for trial" as of April 1, 2003.

Dated:

CELESTE E. CULBERTH
Attorney at Law
Attorney ID No. 228187
210 North River Ridge Circle
Burnsville, MN 55337
(952) 346-0619
Attorney for Plaintiff

Dated: 11/8/02

THOMAS B. HEFFELFINGER
United States Attorney

BY: FRIEDRICH A. P. SIEKERT
Assistant U.S. Attorney
Attorney ID No. 142013
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorney for Defendants

IT IS SO ORDERED.

Dated:

JONATHAN G. LEBEDOFF
United States Magistrate Judge