UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joyce E. Lambert,

Plaintiff,

vs.

John E. Potter,
United States Postmaster General,
and United States Postal Service,
and Judith Thon, individually.

Defendants.

Civil File No. 00-2580 MJD/JGL

**STIPULATION TO AMEND PRETRIAL ORDER AND AMENDED PRETRIAL ORDER**

**WHEREAS,** Defendants through their attorney have made a motion to extend the Pre-Trial Order, specifically the dispositive motion deadline and trial readiness deadline; and

**WHEREAS,** Plaintiff intended to oppose this motion; and

**WHEREAS,** Defendants' attorney has represented that he has suffered a death in his family and ~~has~~ May have (fpps 1/23/03) to leave the state immediately to attend the funeral (see attached) fpps 1/23/02;

**THEREFORE,** the parties, by counsel, hereby stipulate and agree the Amended Pretrial Order dated November 12, 2003, shall be amended as follows:

1. All dispositive motions must be noticed, served, and filed in accordance with the Local Rules, by April 4, 2003; and
2. This case shall be considered "ready for trial" as of May 1, 2003.

FILED 1-23-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: Jan 23 2003

By: ____________________
CULBERTH, LIENEMANN & STRATTON, LLP
Celeste E. Culberth (#228187)
Leslie L. Lienemann (#230194)
Lisa C. Stratton (#236858)
1050 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
Telephone: 651/290-9300

**ATTORNEYS FOR PLAINTIFF**

Dated: 1/23/03

By: Friedrich AP Siekert
Friedrich A. P. Siekert
Assistant United States Attorney
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**ATTORNEY FOR DEFENDANTS**

**IT IS SO ORDERED.**

Dated: Jan 23, 2003

Honorable Jonathan Lebedoff
United States Magistrate Judge

**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*

*(612) 664-5600*

January 23, 2003

**<u>VIA FACSIMILE AND U.S. MAIL</u>**

Leslie L. Lienemann, Esq.
Culberth, Lienemann & Stratton
1050 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101

Re: <u>Lambert v. Potter, et al.</u>
Civil No. 00-2580 MJD/JGL

Dear Ms. Lienemann:

My spouse's step-father passed away last night in Portland, Oregon. Consequently, I need to be in a position to travel to Oregon in the immediate future.

Accordingly, may I please have your stipulation to amend the pretrial schedule to allow an additional month to April 4, 2003 to complete the briefing period and file the motion papers, as previously proposed? I enclose a stipulation to accomplish this purpose.

Thank you for your anticipated cooperation and courtesy.

Very truly yours,

THOMAS B. HEFFELFINGER
United States Attorney

F. Siekert

BY: FRIEDRICH A. P. SIEKERT
Assistant U.S. Attorney
Attorney ID No. 142013

FAPS:tmk
Enclosure