UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Joyce E. Lambert,

Plaintiff,

v.

John E. Potter,
United States Postmaster General,

Defendant

Civil File No. 00-2580 MJD/JSM

**PLAINTIFF'S PROPOSED VOIR DIRE**

---

Pursuant to Local Rule 39.1 requiring the submission of a proposed voir dire, the plaintiff submits the following questions to be asked of potential jurors. Plaintiff requests the right to ask follow-up questions directly if permitted by the Court.

1. What city or town do you live in and how long have you lived there?
2. Please identify your current job and employer, how long you worked there and briefly describe your duties.
3. Do you currently live with a spouse or a partner?
4. If your spouse is currently employed, please identify his/her current job and employer, how long they worked there and briefly describe his/her duties.
5. If you are not employed outside the home, what type of work did you do most recently, who was your employer, what were your duties, and when was that?
6. What is your highest level of education?
7. Are you a member of any community or service organizations?

8. If you have children, what are their ages and genders and where do they work?

9. Have you had any military or other government service? When and where?

10. Have you or has anyone you know ever worked for the United States Postal Service?

    (Please describe the nature of your connection and when it occurred)

11. Do you or have you ever worked for a mail or package delivery business?

12. Do you have any close friends or relatives who work for a mail or package delivery business? If so, what is their job?

13. Do you have any training in Human Resources?

14. Have you or has anyone close to you ever been warned about, fired, suspended, involuntarily transferred or otherwise disciplined on the job because of sexual harassment?

    (Please explain what happened)

15. Have you or has anyone you know ever been accused of harassing someone on the job?

    (Please explain)

16. Have you or has anyone close to you, ever been sued by someone or sued someone?

    **(**Please explain)

17. Have you ever served on a jury? (If you have served on a jury, please state the type of case, the year and the outcome.) Is there anything about your previous experience on a jury or even being involved with a panel and being subjected to questioning by the court and lawyers that makes you feel you would rather not sit again on any jury and, in particular, on this one?

18. Have you ever been a witness in a lawsuit? If so what type of lawsuit?

19. Have you or has anyone close to you ever been counseled or treated for any kind of emotional or mental illness?

    **(**Please explain)

20. Do you have any physical illness, disability or other condition that would make it difficult for you to serve as a juror?

    (Please explain)

21. Do you know anyone else on this panel, do you have any contact at all with any of them? If so, please explain, no matter how casual the contact.

22. Have any of you taken courses or training dealing with discrimination or harassment on the job?

23. Do you believe that sexual harassment or sex discrimination continues to happen in some workplaces?

24. Do you believe people should have to put up with harassment in the workplace if the job is not in an office environment?

25. Have you been around an employee that you thought was too sensitive to comments and jokes in the workplace?

26. Do you believe employees should be allowed to make offensive comments to other employees in the workplace?

27. Money is the only form of compensation that a person can seek under our system of justice. Does it bother you that, if you find the plaintiff Joyce Lambert was harassed or discriminated against or retaliated against, you will be determining an amount of money that the postal service will pay to Joyce Lambert? Do you believe you would be able to arrive at a fair and just amount of money to compensate the plaintiff for her loss?

28. Do you have any feeling against a person coming to court and asking to be compensated with money for injury or damage that has been done to her or him?

29. Do you believe in awarding a fair, just, and adequate money verdict to a person who has suffered damage through the fault of an organization like the postal service?

30. Do you agree that a person can be hurt even if you can=t physically see the damage?

31. Have you ever been responsible for the hiring or firing of employees? If so, what type of business, when and where?

32. The Court will instruct you that the plaintiffs have the burden of proof in this case. That means that they must prove by a preponderance of the evidence that the defendants are liable for Plaintiffs' damages. Do you understand that this is a different burden than Abeyond a reasonable doubt?@

33. Have you, or anyone close to you, been harassed or discriminated against? If yes, was this:

You _____ Relative _____ Friend _____

Was it reported?

Yes _____ No _____

34. Have you ever known of a situation where you thought that someone wrongly or unfairly claimed that she or he was a victim of harassment or discrimination?

35. Have you ever known of a situation where you thought that someone rightly or fairly claimed that she or he was a victim of harassment or discrimination?

36. Have you or anyone close to you ever been in a situation where you could have sued a company or an individual, but chose not to?

37. Do you think that a business or the government should be responsible for unlawful acts, such as harassment or discrimination or retaliation, on the part of its employees?

38. Have you ever been harassed at work?

39. Do you have any philosophical or religious beliefs which would make it difficult for you to sit as a juror in this case?

40. Have any questions that I have asked you made you feel uncomfortable because they touch upon matters that you would prefer to discuss out of the hearing of the other potential jurors?

41. Is there anything else this court should know regarding your possible service as a juror in this case?

Dated: July 19, 2004 By: s/Celeste E. Culberth__________________

CULBERTH, LIENEMANN & STRATTON, LLP
Celeste E. Culberth (#228187)
Leslie L. Lienemann (#230194)
1050 Piper Jaffray Plaza
444 Cedar Street
St. Paul, Minnesota 55101
Telephone: 651/290-9300

**ATTORNEYS FOR PLAINTIFF**