UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joyce E. Lambert,

Plaintiff,

v.

John E. Potter,
United States Postmaster General,

Defendant

Civil File No. 00-2580 MJD/JSM

**PLAINTIFF'S PROPOSED DEPOSITION TESTIMONY IN LIEU OF LIVE TESTIMONY**

Plaintiff will offer the deposition testimony of Jean Sandberg, as she is expected to be out of the country during the trial. Her trial deposition is scheduled for July 30, 2004.

Dated: July 19, 2004

s/Celeste E. Culberth______________
**CULBERTH, LIENEMANN & STRATTON, LLP**
Celeste E. Culberth 228187
Leslie L. Lienemann 230194
1050 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 290-9300

**ATTORNEYS FOR PLAINTIFF**