UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Joyce E. Lambert, Civil File No. 00-2580 MJD/JSM

Plaintiff,

v.

**PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM**

John E. Potter,
United States Postmaster General,

Defendant

---

**VERDICT**

1. Did the Defendant discriminate against Joyce Lambert because of her gender?

Yes ______ or No ______________

**Note:** Answer the **next question(1a**) only if you answered "Yes" on **Question No. 1.** If your answer to **Question No. 1** is "No," you may skip this question:

1(a) If you found that the Defendant discriminated against Joyce Lambert by giving her an "Unacceptable" performance evaluation, has the Defendant proved that it would have given Lambert the same rating regardless of her sex?

______Yes or _______No

2. Did the Defendant maintain a sexually hostile work environment?

Yes ______ or No ______________

3. Did the Defendant retaliate against Joyce Lambert because she filed EEO charges?

Yes ______ or No ______________

5. If you found **in favor of Plaintiff Joyce Lambert** in response to any one of **Questions 1, 2, or 3,** you must complete the damages questions beginning with 5(a):

5(a) We find Joyce Lambert's lost wages and benefits through the date of this verdict to be:

$_________ (stating the amount)

5(b) We find Joyce Lambert's damages for emotional anguish, mental and physical suffering, past and future, to be:

$_________ (stating the amount)

Dated: _________________________ ________________________________
Foreperson