# United States District Court

DISTRICT OF MINNESOTA

Joyce E. Lambert,

Plaintiff,

v.

John E. Potter, in his Official Capacity as Postmaster General of the United States,

Defendants.

**EXHIBIT LIST**

CASE NUMBER: 00-2580 MJD/JSM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael J. Davis | Celeste Culberth | Friedrich A.P. Siekert |
| TRIAL DATE(S) * | COURT REPORTER * | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 1 | | | | Lambert's Application Form for Employment PS Form 2591, dated 01/01/85, Lambert Depo I, Ex 1 |
| | 2 | | | | Lambert's letter to the Northland District Manager with Application to Transfer PS Form 991, dated 06/20/94, Lambert Depo I, Ex 3 |
| | 3 | | | | Notification of Personnel Action U.S. Postal Service PS Form 50, dated 01/21/95, Lambert Depo I, Ex 5 |
| | 4 | | | | Lambert's Narrative of Work Accomplishments FY 1995 (MISSING) |
| | 5 | | | | Lambert's EAS Merit Pay Evaluation for FY 1995 (MISSING) |
| | 6 | | | | Mid Year (6/12/96) EAS Merit Pay Evaluation for FY 1996 Performance, Lambert Depo I, Ex 6 |
| | 7 | | | | Lambert's Narrative of Work Accomplishments FY 1995-1996, dated 10/06/96, Lambert Depo I, Ex 7 |
| | 8 | | | | FY 1996 EAS Merit Performance Evaluation, dated 11/24/96, Lambert Depo I, Ex 8 |
| | 9 | | | | Lambert's Narrative of Work Accomplishments FY 1996-1997 (MISSING) |
| | 10 | | | | FY 1997 EAS Merit Performance Evaluation, dated 11/18/97, Lambert Depo I, Ex 9 |
| | 11 | | | | Lambert's Narrative of Work Accomplishments FY 9/97-9/98, dated 10/02/98, Lambert Depo II, Ex 11 |

**EXHIBIT LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 12 | | | | FY 1998 EAS Merit Performance Evaluation, dated 11/15/98, Lambert Depo I, Ex 10 |
| | 13 | | | | USPS National Goals, Subgoals, Indicators, and Targets, dated 10/01/98, Lambert Depo II, Ex 12 |
| | 14 | | | | St. Paul Plant Goals FY-99 with additional goals for Lambert, Lambert Depo II, Ex 13 |
| | 15 | | | | Revised St. Paul Plant Goals, FY-99 dated 10/15/98; Lambert signed additional goals on 11/16/98, Lambert Depo II, Ex 14 |
| | 16 | | | | St. Paul Plant Goals FY-99 (2nd Revision), dated 11/24/98, Lambert Depo II, Ex 16 |
| | 17 | | | | St. Paul Plant Goals FY-99 (3rd revision), dated 12/19/98, Lambert signed additional goals on 01/18/99, Lambert Depo II, Ex 18 |
| | 18 | | | | Thon's Letter Scheduling Mid year reviews early, dated 12/30/98, Lambert Depo II, Ex 17 |
| | 19 | | | | Thon's Notes on Lambert's Mid Year Evaluation, dated 04/07/99, Lambert Depo II, Ex 20 |
| | 20 | | | | Lambert's Notes on Mid Year Evaluation, dated 04/07/99, Lambert Depo II, Ex 21 |
| | 21 | | | | Lambert approved annual leave slip for 05/10/99 05/31/99, Lambert Depo IV, Ex 41 |
| | 22 | | | | Lambert's Leave Slips 3971's |
| | 23 | | | | FMDS Fax Port #1 Lambert Sick Leave, dated 05/29/99, Lambert Depo IV, Ex 42 |
| | 24 | | | | FMDS Fax Port #1 Lambert Sick Leave, dated 05/30/99, Lambert Depo IV, Ex 43 |
| | 25 | | | | EEO Letter dated 05/18/99 acknowledging Lambert's request for EEO Counseling, Lambert Depo IV, Ex 44 |
| | 26 | | | | Information for Precomplaint Counseling, dated 05/27/99, Lambert Depo IV, Ex 47 |
| | 27 | | | | EEO Letter to Lambert 15 days to file formal complaint, dated 07/16/99, Lambert Depo IV, Ex 48 |

**EXHIBIT LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 28 | | | | Notice of Right to File Individual Complaint, dated 07/16/99, Lambert Depo IV, Ex 49 |
| | 29 | | | | EEO Complaint of Discrimination, dated 07/30/99, Lambert Depo IV, Ex 50 |
| | 30 | | | | EEO letter to Lambert accepted complaint for investigation, dated 08/23/99, Lambert Depo IV, Ex 51 |
| | 31 | | | | EEO Counselor's Inquiry Report, dated 08/05/99, Lambert Depo IV, Ex 52 |
| | 32 | | | | Memo dated 10/18/99 re: EAS Merit Performance Evaluations and Merit Pay, FY 1999 |
| | 33 | | | | Merit Performance Evaluation Guide |
| | 34 | | | | Management Instruction: Process for completing EAS Merit Performance Evaluations and setting objectives |
| | 35 | | | | FY 1999 EAS Merit Performance Evaluation, dated 11/29/99 |
| | 36 | | | | Lambert's Official Personnel File |
| | 37 | | | | Lambert's Merit File 08/31/99 FY-99 Merit File Lambert, Thon Depo I, Ex 6 |
| | 38 | | | | 08/31/99 FY-99 Merit File Lambert, Thon Depo I, Ex 7 |
| | 39 | | | | Charles Schlichting FY 1999 EAS Merit Performance Evaluation, dated 11/04/99, Thon Depo III, Ex 61 |
| | 40 | | | | Terry Hjelmgren FY-1999 Narrative of Accomplishments, dated 11/22/99, Thon Depo III, Ex 62 |
| | 41 | | | | Roy Oscarson FY 1999 EAS Merit Performance Evaluation, dated 11/22/99, Thon Depo III, Ex 64 |
| | 42 | | | | Ray Walters FY 1999 Narrative of Accomplishments, dated 11/02/99, Thon Depo III, Ex 63 |

**EXHIBIT LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 43 | | | | James Flinn FY 1999 EAS Merit Performance Evaluation, dated 11/23/99, Thon Depo III, Ex 65 |
| | 44 | | | | Edward Bremer FY 1999 EAS Merit Performance Evaluation, dated 11/20/99, Thon Depo III, Ex 66 |
| | 45 | | | | Tim Vierling Email dated 3/30/99 re: Daily Production and Safety/OSHA Checks, Lambert Depo III, Ex 27 |
| | 46 | | | | Tim Vierling Emails dated 5/3/99 and 5/6/99 re: MDO Agenda, Lambert Depo III, Ex 28 |
| | 47 | | | | Lambert’s Notes of 04/21/99 meeting with Vierling, Lambert Depo III, Ex 29 |
| | 48 | | | | Lambert’s Notes of 04/22/99 meeting with Vierling, Lambert Depo III, Ex 30 |
| | 49 | | | | Lambert’s Notes of 04/23/99 meeting with Vierling, Lambert Depo III, Ex 31 |
| | 50 | | | | Lambert’s Notes of 04/25/99 Conversation with Rochelle Eastman, Lambert Depo III, Ex 32 |
| | 51 | | | | Lambert’s Notes of 04/26/99 meeting with EAP Jane Redfield, Lambert Depo III, Ex 33 |
| | 52 | | | | Lambert’s Notes dated 04/27/99, Lambert Depo III, Ex 34 |
| | 53 | | | | Lambert’s Notes dated 04/28/99, Lambert Depo III, Ex 35 |
| | 54 | | | | Lambert’s Notes of 05/04/99 meeting with Thon, Lambert Depo III, Ex 36 |
| | 55 | | | | Thon’s Note to the File of Lambert dated 05/04/99, Lambert Depo IV, Ex 37 |
| | 56 | | | | Vierling’s memo announcing Detail Assignments, dated 05/04/99, Lambert Depo IV, Ex 39 |
| | 57 | | | | Thon’s letter dated 05/06/99 re: Detail Assignments Announcement, Lambert Depo IV, Ex 40 |

**EXHIBIT LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 58 | | | | 06/06/99 Drazkowski forwarded Lambert Publication 71. Notice of Employees Requesting Leave for Conditions Covered by the Family and Medical Leave Act and Form WH-380 Certification of Health Care Provider, Lambert Depo IV, Ex 83 |
| | 59 | | | | Lambert's EEO Investigative Affidavit with Attachments A and B, dated 09/17/99, Lambert Depo IV, 54-A |
| | 60 | | | | Attachment C Lambert's EEO Investigative Affidavit, dated 09/17/99, Lambert Depo IV, 54-B |
| | 61 | | | | Signature page to 9/17/99 Lambert's EEO Investigative Affidavit, dated 09/17/99, Lambert Depo IV, 54-C |
| | 62 | | | | Printin note dated 09/17/99 re: Lambert can't work depression and anxiety, Lambert Depo IV, Ex 56 |
| | 63 | | | | Thomason's letter dated 09/30/99 re: work limitations, Lambert Depo IV, Ex 57 |
| | 64 | | | | Thon letter to Lambert dated 12/14/99, Lambert Depo IV, Ex 58 |
| | 65 | | | | Thon letter to Lambert dated 01/07/99, Lambert Depo IV, Ex 59 |
| | 66 | | | | Thon letter to Lambert dated 01/14/00, Lambert Depo IV, Ex 60 |
| | 67 | | | | Thon letter to Lambert dated 01/21/00, Lambert Depo IV, Ex 61 |
| | 68 | | | | EEO letter to Lambert dated 01/14/00, acknowledging Lambert's request for EEO Counseling, Lambert Depo IV, Ex 62 |
| | 69 | | | | Lambert fax to EEO Office Information for Precomplaint Counseling, dated 01/25/00, Lambert Depo IV, Ex 63 |
| | 70 | | | | Marshall letter to Lambert dated 02/09/00, Lambert Depo IV, Ex 64 |

**EXHIBIT LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 71 | | | | 02/18/00 EEO letter to Lambert EEO Case # 1-I-551-0008-00, Lambert Depo IV, Ex 65 (MARKED BUT NOT IDENTIFIED IN DEPOSITION) |
| | 72 | | | | Marshall letter to Lambert dated 02/25/00, Lambert Depo IV, Ex 66 |
| | 73 | | | | Marshall letter to Lambert dated 03/03/00, Lambert Depo IV, Ex 67 |
| | 74 | | | | Marshall letter to Lambert dated 03/14/00, Lambert Depo IV, Ex 69 |
| | 75 | | | | Marshall letter to Lambert dated 03/22/00, Lambert Depo IV, Ex 70 |
| | 76 | | | | Marshall letter to Lambert dated 03/27/00, Lambert Depo IV, Ex 71 |
| | 77 | | | | Marshall letter to Lambert dated 03/30/00, Lambert Depo IV, Ex 72 |
| | 78 | | | | Marshall letter to Lambert dated 04/28/00, Lambert Depo IV, Ex 73 |
| | 79 | | | | Culberth Letter to Marshall and Brown dated 05/05/00 accepting Customer Services EAS Level 16 job, Lambert Depo IV, Ex 74 |
| | 80 | | | | Marshall letter to Lambert dated 05/12/00 report to work on 5/22/00, Lambert Depo IV, Ex 75 |
| | 81 | | | | Lambert EEO Complaint of Discrimination dated 3/3/00, Lambert Depo IV, Ex 76 |
| | 82 | | | | EEO Acceptance of Complaint of Discrimination dated 03/03/00, Lambert Depo IV, Ex 77 |
| | 83 | | | | 04/30/00 Lambert's EEO Investigative Affidavit, Lambert Depo IV, Ex 79 |
| | 84 | | | | MSPB decision dated 09/20/00, Lambert Depo IV, Ex 80 (MARKED BUT NOT IDENTIFIED IN DEPOSITION) |
| | 85 | | | | Final Agency Decision, dated 10/13/00, Lambert Depo IV, Ex 81 |
| | 86 | | | | Final Agency Decision, dated 10/12/00, Lambert Depo IV, Ex 54-D |

**EXHIBIT LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 87 | | | | Thomas C. Jetzer, MD, Curriculum Vitae |
| | 88 | | | | Thomas C. Jetzer, MD, Report dated 10/13/99 |
| | 89 | | | | Jetzer C. Jetzer, MD, Medical Examination and Assessment dated 11/01/99 |
| | 90 | | | | Thomas C. Jetzer, MD, Report dated 12/01/99 |
| | 91 | | | | Thomas C. Jetzer, MD, Report dated 12/17/99 |
| | 92 | | | | Thomas C. Jetzer, MD, Report dated 12/30/99 |
| | 93 | | | | Thomas C. Jetzer, MD, Report dated 03/17/00 |
| | 94 | | | | Thomas C. Jetzer, MD, Report dated 04/26/00 |
| | 95 | | | | John Rauenhorst, MD, Curriculum Vitae |
| | 96 | | | | John Rauenhorst, MD, Report dated 11/23/99 |
| | 97 | | | | John Rauenhorst, MD, Report dated 12/28/99 |
| | 98 | | | | Judith Kashtan, MD, Curriculum Vitae |
| | 99 | | | | Judith Kashtan, MD, Report dated 04/23/00 |
| | 100 | | | | P.J. Shanahan, MD, Curriculum Vitae |
| | 101 | | | | P.J. Shanahan, MD, Report dated 01/04/00 |
| | 102 | | | | Gregory Hansen, PhD, Curriculum Vitae |
| | 103 | | | | Gregory Hansen, PhD, Report of Psychological Assessment dated 03/08/02 |
| | 104 | | | | Gregory Hansen, PhD, Test Session notes dated 02/27/02 |
| | 105 | | | | Gregory Hansen, PhD, BDI-II dated 02/26/02 |
| | 106 | | | | Gregory Hansen, PhD, PhD, Profile Form dated 02/26/02 |
| | 107 | | | | Gregory Hansen, MMPI-2 Extended Score Report dated 02/26/02 |
| | 108 | | | | Gregory Hansen, PhD, MCMI-III Profile Report dated 02/26/02 |
| | 109 | | | | Gregory Hansen, PhD, Rorschach Interpretation Assistance Program Interpretive Report |

**EXHIBIT LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 110 | | | | Karen Bruggemeyer, MD, Curriculum Vitae |
| | 111 | | | | Karen Bruggemeyer, MD Report dated 03/06/02 |
| | 112 | | | | Edward Foster, Ph.D., Curriculum Vitae |
| | 113 | | | | Edward Foster, Ph.D., Report with Appendices thereto, dated 02/25/02 |
| | 114 | | | | Richard F. Tonowski, MD, Curriculum Vitae |
| | 115 | | | | Richard F. Tonowski, MD, Report dated 04/28/00 to Joan Marshall |
| | 116 | | | | FY-1999 Merit Files Roy Oscarson |
| | 117 | | | | FY-1999 Merit Files Edward Bremer |
| | 118 | | | | FY-1999 Merit Files Ray Walters |
| | 119 | | | | FY-1999 Merit Files Terry Hjelmgren |
| | 120 | | | | FY-1999 Merit Files James Flinn |
| | 121 | | | | FY-1999 Merit Files Ron Studiner |
| | 122 | | | | FY-1999 Merit Files Charles Schlicting |
| | 123 | | | | Pay Records Joyce Lambert |
| | 124 | | | | Tim Vierling Franklin Planner |
| | 125 | | | | Acting MDO Verification Documentation |
| | 126 | | | | 03/03/98 Letter with Attachments RE: Nominations of Lambert to ALP Program |
| | 127 | | | | Joyce Lambert Answer to Interrogatories |
| | 128 | | | | Tim Vierling’s Supervisors file on Joyce Lambert |
| | 129 | | | | Tim Vierling’s Supervisors file on Edward Bremer |
| | 130 | | | | Tim Vierling’s Supervisors file on Roy Oscarson |
| | 131 | | | | Tim Vierling’s Supervisors file Ray Walters |
| | 132 | | | | Judith Thon’s Merit File on Tim Vierling |
| | 133 | | | | Jim Hardies’ Merit File on Jim Hardies |
| | 134 | | | | Edward Bremer’s Merit File on Edward Bremer |

**EXHIBIT LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 135 | | | | Roy Oscarson's Merit File on Roy Oscarson |
| | 136 | | | | Judith Thon's 1998 MDO Merits |
| | 137 | | | | Judith Thon's 1999 MDO Merits |
| | 138 | | | | Joyce Lambert's Evaluation |
| | 139 | | | | Joyce Lambert's EEO Affidavit in Wilson's EEO |
| | 140 | | | | Shaughnessy Memo to Thon 07/09/04 Merit Increase 1999 if "Met Expectations" Rating was Given |
| | 141 | | | | 03/18/97 Memo re: Vacancy Announcements |
| | 142 | | | | ELM 16, August 2000 selected pages |
| | 143 | | | | ELM 13, June 1998, 430, page 27 |
| | 144 | | | | 03/03/00 Memo re: Process for Submission of Staffing Requests |
| | 145 | | | | Judith Thon's Email/notes re: Staff Meeting 01/05/99 |
| | 146 | | | | Judith Thon's Email/notes re: Staff Meeting 01/12/99 |
| | 147 | | | | Judith Thon's Email/notes re: Staff Meeting 01/27/99 |
| | 148 | | | | Judith Thon's Email/notes re: Staff Meeting 02/04/99 with Terry Arnold |
| | 149 | | | | Judith Thon's Email/notes re: Staff Meeting 02/08/99 |
| | 150 | | | | Judith Thon's Email/notes re: Staff Meeting 02/24/99 |
| | 151 | | | | Judith Thon's Email/notes re: Staff Meeting 03/17/99 |
| | 152 | | | | Judith Thon's Email/notes re: Staff Meeting 03/22/99 |
| | 153 | | | | MDO EAS-22 Position Description |
| | 154 | | | | Staff Meetings Jan 1999 – April 1999 |
| | 155 | | | | EXFC Scores 1999 |

**EXHIBIT LIST - CONTINUATION**

| | VS. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 156 | | | | EXFC, 2/3 Day, PSFR, Goals 1999 |
| | 157 | | | | Times Report % of Input T-1, 2 and 3, A/P 4-9 FY 1999, A/P 4 – Current FY-2000 |
| | 158 | | | | Color Code Training 1999 |
| | 159 | | | | Weekly Flash Reports Wk 4/99, A/P 4-9 and Wks 1-4/00, AP 1-7 |
| | 160 | | | | Joyce Lambert's Training Records |
| | 161 | | | | Documents re: Midwest Area Conference |
| | 162 | | | | Judith Thon's Email/notes re: Staff Meeting 07/15/98 |
| | 163 | | | | Judith Thon's Email re: Cancellation of OSHA Class |
| | 164 | | | | Documents re: Fall P&D Conference |
| | 165 | | | | Attendance OT/POT/SL Controls FY-99 PP 26 – PP 11 |
| | 166 | | | | St. Paul P&DC Operating Plan FY-99 |
| | 167 | | | | St. Paul P & DC Operating Plan FY-00 |
| | 168 | | | | Ray Walters' Email 03/29/99 re: Tour Goals |
| | 169 | | | | Calendar FY-99 |
| | 170 | | | | Lambert Training History |
| | 171 | | | | Lambert Midwest area Detail Assignment Form |
| | 172 | | | | Lambert Leave Slips |
| | 173 | | | | Lambert Pay Slips FY-99 |
| | 174 | | | | Supervisor Schedule Tour 3 12/23/98 - 05/24/98 |
| | 175 | | | | Chart re: Pay Status 3971 |
| | 176 | | | | Hard Copies of Disk 1 from Home Computer |
| | 177 | | | | Hard Copies of Disk 2 from Home Computer |
| | 178 | | | | Hard Copies of Disk 3 from Home Computer |

# EXHIBIT LIST - CONTINUATION

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 179 | | | | 010 Supervisors Daily Cancellation Report A/P 4-99 - AP 9/99 |
| | 180 | | | | 030 Supervisors Daily Count Sheets |
| | 181 | | | | IC Systems Daily Trailers 01/01/99 - 03/18/99 St. Paul |
| | 182 | | | | T-3 SDO Weekly Schedules 12/98 - 6/99 |
| | 183 | | | | Book 1 Daily Mail Condition Reports 12/05/98 - 03/24/00 |
| | 184 | | | | USPS Poster 21, September 1994 |
| | 185 | | | | USPS National Sexual Harassment Prevention Task Team Posters |
| | 186 | | | | USPS Postal Bulletin, 11/10/94, page 23-24 |
| | 187 | | | | USPS Labor Lines re: Sexual Harassment 03/96 |
| | 188 | | | | USPS Northland District Labor Relations Review dated 03/03/97 |
| | 189 | | | | USPS Northland District Labor Relations Review dated 10/13/97 |
| | 190 | | | | USPS Training For Supervisors Sexual Harassment and Inappropriate Conduct, May 1997 |
| | 191 | | | | USPS Poster 72, December 1993 |
| | 192 | | | | USPS Policy on Sexual Harassment |
| | 193 | | | | Manager’s Guide to Understanding Sexual Harassment Publication 552, June 1996 |
| | 194 | | | | Employee’s Guide to Understanding Sexual Harassment, Publication 553, February 2000 |
| | 195 | | | | Crisis Management Plan for Incidents of Violence in the Workplace, Publication 107, May 1997 |
| | 196 | | | | Threat Assessment Team Guide, Publication 108, May 1997 |
| | 197 | | | | Manager’s Guide to Understanding Sexual Harassment Publication 552, June 1999 |

**EXHIBIT LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 198 | | | | Judith Thon's Email/notes re: Midwest Area Conference 10/27-29/97 |
| | 199 | | | | Santa Pictures |
| | 200 | | | | Judith Thon's Email/notes re: OSHA Class |
| | 201 | | | | Documents re: PC Celebration |
| | 202 | | | | List of Detail Opportunities for Lambert and Lambert Training History |
| | 203 | | | | ALP Class Schedule |
| | 204 | | | | MWA Evaluation F1 - by Rich |
| | 205 | | | | Lambert's IPD |
| | 206 | | | | Judith Thon's ALP Meeting Notes of 4/20/99 Michele Purton #51/52 |
| | 207 | | | | Judith Thon's Memo re: May 4, 1999 Meeting |
| | 208 | | | | Payroll Journals |
| | 209 | | | | 1995- 1999 CALENDAR |
| | 210 | | | | Work Climate Survey, St.Paul PD&C dated 09/08/95 |
| | 211 | | | | Work Climate Assessment, St.Paul P&DC dated 05/05/97 |
| | 212 | | | | Work Climate Assessment, St.Paul P&DC dated 10/27/00 |
| | 213 | | | | Absence Analysis re: Lambert |
| | 214 | | | | 06/22/99 Lambert letter to Giacomini with Form WH-380 |
| | 215 | | | | 11/03/99 Memo re: Involuntary Reassignment with exhibits statements re: same |
| | 216 | | | | Judith Thon memo to Michelle Purton 12/29/98 enclosing Thon's revised FY-99 Goals for St.Paul P&DC |
| | 217 | | | | EXFC 4/99 - 8/99 |
| | 218 | | | | Pay Period Overtime/Leave Analysis Records FY-99 and FY-00 |

## EXHIBIT LIST - CONTINUATION

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 219 | | | | Tim Vierling Email re: Meetings of 03/17 and 03/22/99 |
| | 220 | | | | Notification of Personal Action 05/20/00 |
| | 221 | | | | Judith Thon letter to Lambert re: unacceptable rating FY-1999, dated 12/07/99, Lambert Depo IV, Ex 55 |
| | 222 | | | | Notes re: MDO meeting, dated 03/21/99, Lambert Depo III, Ex 24 |
| | 223 | | | | Light/Limited Duty List 03/15/99, Lambert Depo III, Ex 23 |
| | 224 | | | | Judith Thon Memo re: Mid Year EAS Merit Reviews, dated 03/13/99 Lambert Depo II, Ex 19 |
| | 225 | | | | Judith Thon notes re: MDO Meeting, dated 03/17/99 Lambert Depo III, Ex 22 |
| | 226 | | | | Timothy Vierling Email re: Agenda for 03/22/99 MDO meeting, Lambert Depo III, Ex 25 |
| | 227 | | | | Timothy Vierling Email re: MDO meetings notes 3/17/99 and 3/22/99, Lambert Depo III, Ex 26 |
| | 228 | | | | Timothy Vierling Memo RE: Detail Assignments, dated 05/05/99, Lambert Depo IV, Ex 38 |
| | 229 | | | | Drew Aliperto's FY-00 EAS Merit Performance Evaluations for Roy Oscarson, dated 12/11/00 |
| | 230 | | | | Drew Aliperto's FY-00 EAS Merit Performance Evaluation for Edward Bremer, dated 12/11/00 |
| | 231 | | | | Drew Aliperto's FY-01 EAS Merit Performance Evaluation for Roy Oscarson, dated 12/10/01 |
| | 232 | | | | Drew Aliperto's FY-00 EAS Merit Performance Evaluation for Edward Bremer, dated 11/13/01 |
| | 233 | | | | Drew Aliperto's FY-00 EAS Merit Performance Evaluation for Gene Crotty, dated 11/08/01 |
| | 234 | | | | Drew Aliperto's FY-00 EAS Merit Performance Evaluation for James Hardie, dated 11/12/01 |
| | 235 | | | | Jim Flinn FY-99 Additional Goals |
| | 236 | | | | Joyce Lambert FY-99 Additional Goals |

**EXHIBIT LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 237 | | | | Ray Walters FY-99 Additional Goals |
| | 238 | | | | Ray Studiner FY-99 Additional Goals |
| | 239 | | | | Tim Vierling FY-99 Additional Goals |
| | 240 | | | | Roy Oscarson FY-99 Additional Goals |
| | 241 | | | | Narrative for Roy Oscarson FY-98 |
| | 242 | | | | Charles Schlichting FY-99 Additional Goals |
| | 243 | | | | Edward Bremer FY-99 Additional Goals |
| | 244 | | | | Judith Thon EEO Affidavit |
| | 245 | | | | St. Paul Plant FY-98 Goals and Year End Finish |
| | 246 | | | | St. Paul Plant FY-99 Goals |
| | 247 | | | | St. Paul Plant Goals FY-99 Status |
| | 248 | | | | St. Paul Plant FY-00 Goals |
| | 249 | | | | Drew Aliperto's FY-00 EAS Merit Performance Evaluation for Michael Trainor, dated 12/11/00 |
| | 250 | | | | Drew Aliperto's FY-00 EAS Merit Performance Evaluation for Debra Williams, dated 12/12/00 |
| | 251 | | | | Drew Aliperto's FY-00 EAS Merit Performance Evaluation for Ray Walters, dated 12/11/00 |
| | 252 | | | | Drew Aliperto's FY-00 EAS Merit Performance Evaluation for Barbara Watry, dated 11/15/00 |
| | 253 | | | | Drew Aliperto's FY-00 EAS Merit Performance Evaluation for Carol Petersdorf, dated 11/15/00 |
| | 254 | | | | Drew Aliperto's FY-00 EAS Merit Performance Evaluation for Todd Dobosenski, dated 11/14/00 |
| | 255 | | | | Drew Aliperto's FY-01 EAS Merit Performance Evaluation for Michael Trainor, dated 12/08/01 |
| | 256 | | | | Drew Aliperto's FY-01 EAS Merit Performance Evaluation for Ray Walters, dated 12/16/01 |
| | 257 | | | | Drew Aliperto's FY-01 EAS Merit Performance Evaluation for Martha Forrest, dated 12/06/01 |
| | 258 | | | | Drew Aliperto's FY-01 EAS Merit Performance Evaluation for Debra Williams, dated 11/21/01 |

**EXHIBIT LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 259 | | | | Drew Aliperto's FY-01 EAS Merit Performance Evaluation for Thomas Molloy, dated 12/07/01 |
| | 260 | | | | Drew Aliperto's FY-01 EAS Merit Performance Evaluation for Carol Petersdorf, dated 12/**/01 |
| | 261 | | | | Drew Aliperto's FY-02 EAS Merit Performance Evaluation for Edward Bremer, dated 12/05/02 |
| | 262 | | | | Drew Aliperto's FY-02 EAS Merit Performance Evaluation for Gene Crotty, dated 12/06/02 |
| | 263 | | | | Drew Aliperto's FY-02 EAS Merit Performance Evaluation for James Hardie, dated 12/07/02 |
| | 264 | | | | Drew Aliperto's FY-02 EAS Merit Performance Evaluation for Roy Oscarson, dated 12/06/02 |
| | 265 | | | | Drew Aliperto's FY-02 EAS Merit Performance Evaluation for Martha Forrest, dated 12/07/02 |
| | 266 | | | | Drew Aliperto's FY-02 EAS Merit Performance Evaluation for Thomas Molloy, dated 12/06/02 |
| | 267 | | | | Drew Aliperto's FY-02 EAS Merit Performance Evaluation for Michael Trainor, dated 12/05/02 |
| | 268 | | | | Drew Aliperto's FY-02 EAS Merit Performance Evaluation for Debra Williams, dated 12/05/02 |
| | 269 | | | | Drew Aliperto's FY-02 EAS Merit Performance Evaluation for Ray Walters, dated 12/05/02 |
| | 270 | | | | 1998 Merit Evaluation for Joyce Lambert |
| | 271 | | | | 1998 Merit Evaluation for Edward Bremer |
| | 272 | | | | 1998 Merit Evaluation for Roy Oscarson |
| | 273 | | | | 1998 Merit Evaluation for Jim Flinn |
| | 274 | | | | 1998 Merit Evaluation for Charles Schlicting |
| | 275 | | | | Performance Summary Detail Report |
| | 276 | | | | 010 Opening Daily Reports |
| | 277 | | | | Outgoing Letter Mail Count |
| | 278 | | | | Percentage Manual to Automation Letters |

**EXHIBIT LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 279 | | | | Response to Document Request# 10 (32 & 33), Judith Thon's Testimony |
| | 280 | | | | Response to Document Request# 11, Tim Vierling Affidavits |
| | 281 | | | | Response to Document Request# 12, Work Climate Report |
| | 282 | | | | Declaration of Randy Forsman |
| | 283 | | | | Thon Franklin Planner, Lambert 1998 Merit file |
| | 284 | | | | Judith Thon letter to Lambert re: Detail Assignment to BMC, dated 12/14/99, Thon Depo, Ex 45 |
| | 285 | | | | ALP |
| | 286 | | | | ASP |
| | 287 | | | | Details |
| | 288 | | | | Dr. Richard Morrison file |
| | 289 | | | | Dr. Lana Boutacoff file |
| | 290 | | | | Aspen Medical Group Maplewood file |
| | 291 | | | | Dr. William M. Rupp file |
| | 292 | | | | |
| | 293 | | | | |
| | 294 | | | | |
| | 295 | | | | |
| | 296 | | | | |
| | 297 | | | | |
| | 298 | | | | |
| | 299 | | | | |
| | 300 | | | | |
| | 301 | | | | |
| | 302 | | | | |
| | 303 | | | | |

**EXHIBIT LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 304 | | | | |
| | 305 | | | | |
| | 306 | | | | |
| | 307 | | | | |
| | 308 | | | | |
| | 309 | | | | |
| | 310 | | | | |
| | 311 | | | | |
| | 312 | | | | |
| | 313 | | | | |
| | 314 | | | | |
| | 315 | | | | |
| | 316 | | | | |
| | 317 | | | | |
| | 318 | | | | |
| | 319 | | | | |
| | 320 | | | | |
| | 321 | | | | |
| | 322 | | | | |
| | 323 | | | | |
| | 324 | | | | |
| | 325 | | | | |
| | 326 | | | | 03/29/00 FY 1995- Present Complaints filed St.Paul P&D, Thon Depo I, Ex 1 |
| | 327 | | | | 10/07/96 FY-96 EAS Merit Pay Program; Lambert Narrative of Work Accomplishments; 11/19/96 FY-96 EAS Merit Performance Evaluation; 6/12/96 EAS Merit Pay Evaluation, Thon Depo I, Ex 2 |
| | 328 | | | | 04/01/02 EAS Merit Performance Evaluation Guidance, Thon Depo I, Ex 3 |

**EXHIBIT LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 329 | | | | 11/16/98 Individual Development Plan - Lambert; 03urton Emails; Sheet 1; Advanced Leadership Program Schedule; 7/7/98 Advanced Leadership Program; 3/3/98 Lambert Nomination for the ALP, Thon Depo I, Ex 4 |
| | 330 | | | | 09/21/99 Emails Thon, Purton, and Lambert, Thon Depo I, Ex 8 |
| | 331 | | | | 11/26/99 Thon Route Slip "Lori - Mail to Joyce at MWA"; Lost Workday Injuries; 10/18 Thon Route Slip "Send to Joyce at MWA"; 11/24/98 Revised St.Paul Plant Goals FY-99; 10/15/98 Revised St.Paul Plant Goals FY-99; Email Purton, Parris and Peak; 10/14/98 PCES Managers National Goals, subgoal, Indicators, and Targets, Thon Depo I, Ex 9 |
| | 332 | | | | 12/30/98 Mid-Year Merits review schedule; Lambert signed additional goals 1/15/99; 12/19/98 Revised St.Paul Plant Goals FY-99; Voice of the Customer; TPH Volume/Hours/TPH Productivity by LDC, Thon Depo I, Ex 10 |
| | 333 | | | | 12/31/99 STOP SPO name hand written chart, Thon Depo I, Ex 10-A |
| | 334 | | | | 07/22/98 Thon memo Delegation of Authority during absences, Thon Depo II, Ex 11 |
| | 335 | | | | 10/18/99 EAS Merit Performance Evaluations and Merit Pay FY 1999, Thon Depo II, Ex 12 |
| | 336 | | | | 04/07/99 Lambert Mid Year Evaluation, Thon Depo II, Ex 13 |
| | 337 | | | | 04/16/99 Purton Email ALP Meeting Agenda for April 20, Thon Depo II, Ex 14-A |
| | 338 | | | | 07/21/99 Opening Unit Daily Report A/P 5/99, 6/99, 7/99, 8/99, 5/00, 6/00, 7/00, Thon Depo II, Ex 15 |
| | 339 | | | | 01/31/99 Thon Emails and Lambert’s Request for Arrival Profile on the 030/043, Thon Depo II, Ex 16 |
| | 340 | | | | 07/07/99 Lambert’s Requests for or Notification of Absences, Thon Depo II, Ex 17 |

**EXHIBIT LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 341 | | | | 08/06/99 Thon letter to Culberth counter proposals both alternatives unacceptable, Thon Depo II, Ex 18 |
| | 342 | | | | 09/08/99 Thon letter to Lambert requesting medical documentation w/in 10 days or be charged AWOL, Thon Depo II, Ex 19 |
| | 343 | | | | 09/22/99 Thon letter to Lambert Absence from Duty will be charged as AWOL, Thon Depo II, Ex 20 |
| | 344 | | | | 09/24/99 Lambert letter to Thon requesting to be removed from AWOL and put on sick leave status, Thon Depo II, Ex 21 |
| | 345 | | | | 09/28/99 Thon letter to Lambert acceptable medical documentation did not include the 4 requirements submit w/in 10 days, Thon Depo II, Ex 22 |
| | 346 | | | | 03/15/00 Thon letter forwarding Lambert's ALP information to Brown, Thon Depo II, Ex 14B |
| | 347 | | | | 09/08/99 Thon letter to Lambert requesting medical documentation w/in 10 days or be charged AWOL, Thon Depo III, Ex 23 |
| | 348 | | | | 09/17/99 Lambert fax to USPS Medical Unit forwarding Aspen's note Lambert can't work depression and anxiety, Thon Depo III, Ex 24 |
| | 349 | | | | 09/22/99 Thon letter to Lambert failure to update medical documentation placed in AWOL, Thon Depo III, Ex 25 |
| | 350 | | | | 09/24/99 Lambert letter to Thon requesting to be removed from AWOL and put on sick leave status, Thon Depo III, Ex 26 |
| | 351 | | | | 09/28/99 Thon letter to Lambert acceptable medical documentation did not include the 4 requirements submit w/in 10 days, Thon Depo III, Ex 27 |
| | 352 | | | | 09/30/99 Thomason letter return to work limitations, Thon Depo III, Ex 28 |

**EXHIBIT LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 353 | | | | 10/12/99 Printon letter stating Lambert has no physical restrictions but being seen for anxiety and depression, Thon Depo III, Ex 29 |
| | 354 | | | | 10/13/99 Jetzer letter because of contradictions from Aspen's recommends fitness for duty evaluations, Thon Depo III, Ex 30 |
| | 355 | | | | 10/19/99 Thon letter to St.Paul Medical Unit requesting date for Fitness for Duty Appointment, Thon Depo III, Ex 31 |
| | 356 | | | | 10/20/99 Medical Examination & Assessment w/ Position Description for MDO EAS 22, Thon Depo III, Ex 32 |
| | 357 | | | | 10/20/99 Thon letter to Lambert scheduled fitness for duty exam on 10/27/99, Thon Depo III, Ex 33 |
| | 358 | | | | 10/22/99 Thon letter Lambert FY-99 unacceptable Merit Rating, Thon Depo III, Ex 34 |
| | 359 | | | | 10/25/99 Thomason letter recommends different location for exam, Thon Depo III, Ex 35 |
| | 360 | | | | 10/26/99 Thon letter to Culberth Fitness for Duty rescheduled to 11/1 at Mpls Medical Unit, Thon Depo III, Ex 36 |
| | 361 | | | | 11/01/99 Jetzer Fitness for Duty Evaluation, Thon Depo III, Ex 37 |
| | 362 | | | | 11/01/99 Jetzer letter to Thon needs further medical review to determine fitness for duty, Thon Depo III, Ex 38 |
| | 363 | | | | 11/05/99 Thon letter to Lambert further medical consultation scheduled for 11/19, Thon Depo III, Ex 39 |
| | 364 | | | | 11/17/99 Culberth letter to Thon requesting authority for further fitness for duty exam, Thon Depo III, Ex 40 |
| | 365 | | | | 11/18/99 Thon letter to Culberth authority EL 311 Section 343.1, Thon Depo III, Ex 41 |
| | 366 | | | | 12/01/99 Jetzer letter Lambert can return to work, Thon Depo III, Ex 42 |

**EXHIBIT LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 367 | | | | 12/07/99 Lambert EAS Merit Performance Evaluation, Thon Depo III, Ex 44 |
| | 368 | | | | 12/17/99 Culberth letter to Thon Lambert detail to BMC, Thon Depo III, Ex 46 |
| | 369 | | | | 12/17/99 Jetzer letter to Rauenhorst requests in writing whether Lambert can work in some mail distribution capacity, Thon Depo III, Ex 47 |
| | 370 | | | | 12/20/99 Thomason letter to USPS Lambert can return to work w/ restrictions, Thon Depo III, Ex 48 |
| | 371 | | | | 12/28/99 Raunenhorst letter to Jetzer can work in distribution, Thon Depo III, Ex 49 |
| | 372 | | | | 12/30/99 Jetzer letter to Thon no need to restrict activities or limit ability to return to work in distribution craft, Thon Depo III, Ex 50 |
| | 373 | | | | 12/30/99 Thon letter to Jetzer Detail assignment for Lambert at BMC and immediate manager will be Drazkowski, Thon Depo III, Ex 51 |
| | 374 | | | | 01/07/00 Thon letter to Lambert Detail assignment MDO at BMC Eagan beginning 1/16/00, Thon Depo III, Ex 52 |
| | 375 | | | | 01/11/00 Culberth letter to Thon "fresh start" schedule meeting, Thon Depo III, Ex 53 |
| | 376 | | | | 01/13/00 Thomason letter extreme concerns about Lambert's BMC detail, Thon Depo III, Ex 54 |
| | 377 | | | | 01/14/00 Culberth letter to Thon enclosing Thomason letter and assume Lambert won't be required to report to work on 1/16, Thon Depo III, Ex 55 |
| | 378 | | | | 01/14/00 Thon letter to Lambert Final notice to report to detail assignment on 1/23/00, Thon Depo III, Ex 56 |

# EXHIBIT LIST - CONTINUATION

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 379 | | | | 01/21/00 Thon letter to Lambert Rogers has not overridden AWOL charge if she doesn't report to work, Thon Depo III, Ex 57 |
| | 380 | | | | 01/21/00 Culberth letter to Thon assuming threat of AWOL has been overridden by Rogers, Thon Depo III, Ex 58 |
| | 381 | | | | 02/03/00 EEO letter to Thon requesting answers to questions about Lamberts pre-complaint counseling alleging discrimination, Thon Depo III, Ex 59 |
| | 382 | | | | 05/10/01 Defendant's & Thon's Rule 26 Initial Disclosures, Thon Depo III, Ex 67 |
| | 383 | | | | 06/14/02,Defendant's & Thon's Responses to Interrogatories, Thon Depo III, Ex 68 |
| | 384 | | | | 06/14/02 Defendant's & Thon's Response to Production of Documents, Thon Depo III, Ex 69 |
| | 385 | | | | 06/24/99 Eastman's Notes reconstructed chronology from memory, notes, and calendar, Eastman Depo, Ex 1 |
| | 386 | | | | 11/03/99 USPS Memorandum Involuntary Reassignments, Eastman Depo, Ex 2 |
| | 387 | | | | 10/21/99 Eastman EEO Investigative Affidavit, Eastman Depo, Ex 3 |
| | 388 | | | | 12/31/99 Eastman's Analysis of two Customer service positions Lambert was qualified to fill, Eastman Depo, Ex 4 |
| | 389 | | | | 01/13/99 Thon letter to Spates Midwest Area Operations Review 1/6/99 to 1/8/99, Vierling Depo, Ex 2 |
| | 390 | | | | 10/13/99 Lambert Midwest Area Developmental Detail Assignment Form Operations Support Specialist, Vierling Depo, Ex 3 |
| | 391 | | | | 01/06/99 to 01/07/99 Paul MN P&DC Observations, Vierling Depo, Ex 5 |
| | 392 | | | | 11/02/99 Vierling EEO Investigative Affidavit, Vierling Depo, Ex 6 |

**EXHIBIT LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 393 | | | | 06/04/99 Assignment Order Lambert detail as MDO at BMC, Vierling Depo, Ex 9 |
| | 394 | | | | 04/12/99 USPS Operating Plan System, Vierling Depo, Ex 10 |
| | 395 | | | | 11/22/99 Hjemgren Narrative of Work Accomplishments FY 99, Hjemgren Depo, Ex 1 |
| | 396 | | | | 03/24/99 Tim Vierling Email - MDO Meeting Notes 3/17 & 3/22, Hjemgren Depo, Ex 2 |
| | 397 | | | | 04/07/99 Tim Vierling Email - MCRS Responsibilities, Hjemgren, Depo, Ex 3 |
| | 398 | | | | 05/10/00 EEO letter with attached 5/14/00 Drazkowski EEO Investigative Affidavit, Drazkowski Depo, Ex 1 |
| | 399 | | | | 05/10/00 EEO Investigative Affidavit Questions for Drazkowski, Drazkowski Depo, Ex 2 |
| | 400 | | | | 10/1/99 EEO letter to Thon forwarding Affidavit of Questions, PS Form 2568-A, PS Form 2569, PS Form 2571, Marshall Depo, Ex 2 |
| | 401 | | | | 10/25/99 Culberth letter to Thon schedule Fitness for Duty Exam anywhere but St.Paul Office, Marshall Depo, Ex 5 |
| | 402 | | | | 11/22/99 Rauenhorst Report to Jetzer Marshall Depo, Ex 12 |
| | 403 | | | | 12/17/99 Culberth letter to Thon Lambert detail to BMC detail goes against job restrictions and Raunenhorst Report 11/23/99, Marshall Depo, Ex 15 |
| | 404 | | | | 12/17/99 Thon Fax to McCollow or Gergen re Culberth letter 12/17/99, Marshall Depo, Ex 16 |
| | 405 | | | | 01/18/00 Fax Port #1 Lambert Sick Leave 1/16/00, Marshall Depo, Ex 17 |
| | 406 | | | | 01/19/00 Culberth letter to Rogers requesting meeting to discuss back to work, issues and claims with USPS, Marshall Depo, Ex 26 |

**EXHIBIT LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 407 | | | | 01/20/00 Culberth letter to Rogers re: Thon letter dated 1/14 assuming he will override AWOL and not take any action against Lambert until issues resolved, Marshall Depo, Ex 27 |
| | 408 | | | | 01/21/00 Culberth letter to Thon assuming threat of AWOL has been overridden by Rogers, Marshall Depo, Ex 28 |
| | 409 | | | | 03/02/00 Thomason letter Lambert can function at EAS-22 with above stated accommodations, Marshall Depo, Ex 31 |
| | 410 | | | | 03/08/00 Culberth letter to Brown continue mediation, Marshall Depo, Ex 34 |
| | 411 | | | | 03/08/00 Culberth letter to Brown forward info to Jetzer accurate parameters of the restrictions and requested accommodation, Marshall Depo, Ex 35 |
| | 412 | | | | 03/29/00 Culberth letter to Brown delay decision on job offer until after mediation, Marshall Depo, Ex 37 |
| | 413 | | | | 03/30/00 Marshall letter to Lambert request for reasonable accommodation and cancellation of medical exam please explain Marshall Depo, Ex 38 |
| | 414 | | | | 04/19/00 Culberth letter to Marshall/Brown will provide responses to requested information, Marshall Depo, ex 39 |
| | 415 | | | | Marshall Depo, Ex 40 |
| | 416 | | | | 02/08/01 Employee and Labor Relations Manual ELM 16.1, Marshall Depo, Ex 44 |
| | 417 | | | | 04/26/00 Jetzer memo to St.Paul P.O. Medical Unit move ahead with second evaluation, Marshall Depo, Ex 45 |
| | 418 | | | | 04/28/00 Tonowski letter to Marshall Lambert Qualifications Assessment, Marshall Depo, Ex 46 |
| | 419 | | | | Sealed Ex A |
| | 420 | | | | Sealed Ex B |

**EXHIBIT LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 421 | | | | Sealed Ex C |
| | 422 | | | | Sealed Ex D |
| | 423 | | | | Sealed Ex E |
| | 424 | | | | Sealed Ex F |
| | 425 | | | | Sealed Ex G |
| | 426 | | | | Sealed Ex H |
| | 427 | | | | Sealed Ex I |
| | 428 | | | | Sealed Ex J |
| | 429 | | | | Sealed Ex K |
| | 430 | | | | Sealed Ex L |
| | 431 | | | | Sealed Ex M |
| | 432 | | | | Sealed Ex N |
| | 433 | | | | USPS Labor Relations File on Joyce Lambert |
| | 434 | | | | Medical Folder on Joyce Lambert |
| | 435 | | | | Joyce Lambert Historical File 7/22/99-3/00 |
| | 436 | | | | Tim Vierling's File-St. Paul DATA STUFF |
| | 437 | | | | Tim Vierling OPF (copy) |
| | 438 | | | | Charles Schlichting OPF (copy) |
| | 439 | | | | Joan Marshall EEO Affidavit |
| | 440 | | | | Rochelle Eastman EEO Affidavit |
| | 441 | | | | Jim Flinn EEO Affidavit |
| | 442 | | | | Charles Schlichting EEO Affidavit |
| | 443 | | | | Joseph A. Giacomini EEO Affidavit |
| | 444 | | | | Any other exhibit identified in any document or exhibit |
| | 445 | | | | Any other exhibit identified in the discovery in this case |
| | 446 | | | | Any other exhibit identified in further investigation |

# EXHIBIT LIST - CONTINUATION

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 447 | | | | Any exhibit identified on Plaintiff's exhibit list |
| | 448 | | | | Any exhibit necessary for impeachment |
| | 449 | | | | Any exhibit necessary to lay foundation for any exhibits |
| | 450 | | | | |
| | 451 | | | | |
| | 452 | | | | |
| | 453 | | | | |
| | 454 | | | | |
| | 455 | | | | |
| | 456 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |