# United States District Court

DISTRICT OF MINNESOTA

Joyce E. Lambert,

Plaintiff,

v.

**WITNESS LIST**

CASE NUMBER: 00-2580 MJD/JSM

John E. Potter, in his Official Capacity as Postmaster General of the United States,

Defendant.

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael J. Davis | Celeste Culberth | Friedrich A.P. Siekert |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| * | * | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Judith Thon, Plant Manager, St.Paul P&DC, P.O. Box 645002, St. Paul MN 55164-5002, (651)293-3067. Ms. Thon may testify as to many of the issues raised by plaintiff. |
| | 2 | | | | Joan T. Marshall, Manager Human Resources, Northland District, 100 South First Street, Room 415, Minneapolis, MN 55401, (612)349-4425. Ms. Marshall may testify about the approval of plaintiff’s 1999 year end evaluation, and the voluntary down grade taken by the plaintiff, if this becomes an issue at trial, the environment at the St. Paul P&DC, among other issues. |
| | 3 | | | | Tim Vierling, Lead MDO, St.Paul P&DC, 1124 Pacific Street, Omaha NE 68108-9997, (402)348-2706. Mr. Vierling may testify to plaintiff’s performance as a MDO in the Spring of 1999, and her proposed detail to the BMC (if this becomes an issue at trial), as well as the environment at the St.Paul P&DC. |
| | 4 | | | | Edward Bremer, T-3 MDO, St.Paul P&DC, 118 West Cherry Street, Stillwater MN 55082-4817, (651)439-1998. Mr. Bremer may testify to the plaintiff’s work performance as well as the work environment at the St.Paul P&DC. |

**WITNESS LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | 5 | | | | Charles Schlichting, T-1 MDO, 12270 Anchor Point Road, Crosslake MN 56442-0204, (218)692-4211. Mr. Schlichting may testify to the plaintiff's work performance as well as the work environment at the St.Paul P&DC. |
| | 6 | | | | Ray Oscarson, T-1 MDO, P. O. Box 645002, St. Paul MN 55164-5002, (651)293-3057. Mr. Oscarson may testify to the plaintiff's work performance as well as the work environment at the St.Paul P&DC. |
| | 7 | | | | Terry Hjelmgren, Acting MDO, P. O. Box 645001, St. Paul MN 55164-5001, (651)293-3057, (651)293-3301. Mr. Hjelmgren may testify about his detail to the St.Paul P&DC and the changes he instituted. |
| | 8 | | | | Ray Walters, 3501 Broadway Street NE, Minneapolis MN 55413-1778, ( ) . Mr. Walters may testify as to the plaintiff's work performance as well as the work environment at the St.Paul P&DC. |
| | 9 | | | | James Flinn, T-2 MDO, BMC, 3165 Lexington Ave S., Eagan MN 55121-2288, (651)681-2121. Mr. Flinn may testify as to the plaintiff's work performance as well as the work environment at the St. Paul P&DC. |
| | 10 | | | | Rochelle Eastman, former Postmaster, 14812 Hickory Court, Eden Prairie MN 55346-2746, (952)891-2193. Ms. Eastman may testify about conversations with plaintiff in the Spring of 1999, about plaintiff's level of qualifications to work in customer service, plaintiff's performance since leaving the St. Paul P&DC, among other issues. |
| | 11 | | | | Elaine Cleveland, 121 N. McKnight Road, St. Paul MN 55119, (651)739-7757. Ms. Cleveland may testify about the work environment at the St. Paul P&DC. |
| | 12 | | | | Gregory Drazkowski, 100 S. 1st Street Rm 207, Minneapolis MN 55401-9701, (612)349-4968. Mr. Drazkowski may testify about plaintiff's failure to report to the BMC and the granting of her sick leave. |

**WITNESS LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | 13 | | | | Carol Petersdorf, St. Paul P & DC, P. O. Box 645002, St. Paul MN 55164-5002, (651)293-3065. Ms. Petersdorf may testify about the work environment at the St.Paul P&DC. |
| | 14 | | | | Gail Chivatero, 3165 Lexington Avenue South, Eagan MN 55121-2288 (651)681-2250. Ms. Chivatero may testify about the work environment at the St. Paul P&DC. |
| | 15 | | | | Dave Fields, P. O. Box 27499, Greensboro NC 27498-9900, (336)668-1201. Mr. Fields may testify about his approval of plaintiff's 1999 year end evaluation. |
| | 16 | | | | Vanessa Kellum, ALP participant, Des Moines BMC, 4000 109th Street, Des Moines IA 50395-9998, (515)278-7621. Ms. Kellum may testify about her experiences in the ALP program and the work environment in the Postal Service. |
| | 17 | | | | Gail Hanninen, P. O. Box 645004, St. Paul MN 55164-5004, (651)293-3076. Ms. Hanninen may testify about various personnel and pay issues and lay foundation for certain documents. |
| | 18 | | | | Betty Shaughnessy, P. O. Box 645004, St. Paul MN 55164-5004, (651)293-3723. Ms. Shaughnessy may testify about various personnel and pay issues and as to the foundation of various documents. |
| | 19 | | | | Karen Bruggemeyer, MD, P.O. Box 40364, St. Paul, MN 55104, (612)735-8674. Dr. Bruggemeyer may provide expert testimony regarding plaintiff's medical and mental health history as well as her examination and evaluation of plaintiff. |
| | 20 | | | | Greg Hanson, Ph.D, 982 Trillium Court, Eagan, MN 55104, (612)203-1989. Dr. Hanson may provide expert testimony as to the plaintiff's psychological history, the results of the psychological testing of plaintiff, as well as his examination and evaluation of plaintiff. |

**WITNESS LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | 21 | | | | John Rauenhorst. M.D., Rosedale Towers, 1700 West Highway 36, Suite 520, Roseville, MN 55113, (612)631-1080. Dr. Rauenhorst may provide expert testimony as to his fitness for duty examination of plaintiff and her psychiatric health and history. |
| | 22 | | | | Thomas C. Jetzer, M.D., MPH, USPS St.Paul Medical Unit, PO Box 645009, St.Paul, MN 55164-5009, (952)920-5663. Dr. Jetzer may provide expert testimony as to his fitness for duty examination of plaintiff and her psychiatric health and history. |
| | 23 | | | | Jane Redfield, USPS EAP, PO Box 645010, St. Paul, MN 55164, 651-293-3151. Ms. Field may testify about her conversations with plaintiff in the Spring of 1999, among other issues. |
| | 24 | | | | Ward Lyndall, 4822 Aldrich Avenue South, Minneapolis MN 55409, (612)823-2385. Mr. Lyndall may testify about plaintiff's performance and the work environment at the St. Paul P&DC. |
| | 25 | | | | William Wotzcak, former Plant Manager, St.Paul P&DC, 5591 Little Lake Avenue, Las Vegas NV, (702)440-6338. Mr. Wotzcak may testify about plaintiff's performance and the work environment at the St. Paul P&DC. |
| | 26 | | | | Wayne Rogers, District Manager Northland District, 16229 Fishing Way West, Rosemount MN 55068-1432, (952)431-4174. Mr. Rogers may testify about the St. Paul P&DC, the work environment at the St. Paul P&DC, and the events of the Winter of 1999-00. |
| | 27 | | | | Martha Forrest, 8401 Lee Highway, Merrifield VA 22082, (703)280-7776. Ms. Forrest may testify about the work environment at the St. Paul P&DC. |
| | 28 | | | | William L. Groth, Sr, P. O. Box 645002, St. Paul MN 55164-5002. ( ) . Mr. Groth may testify as to the work environment at the St. Paul P&DC. |

**WITNESS LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | 29 | | | | Terry Arnold, 1999 Lead Plant Manager Northland District PC, 3202 SW Coves Drive, Ankeny IA 50021, (515)577-4337. Mr. Arnold may testify about the St. Paul P&DC, the work environment at the St. Paul P&DC, and the events of the Spring of 1999. |
| | 30 | | | | Roxanne Bergquist, 7701 Golden Valley Road, Golden Valley MN, (763)544-4126. Ms. Bergquist may testify about plaintiff's work performance since she left the St. Paul P&DC. |
| | 31 | | | | Bill Bliven, 6848 Lee Avenue North, Brooklyn Center MN 55429, (763)566-8701. Mr. Bliven may testify about plaintiff's work performance since she left the St. Paul P&DC. |
| | 32 | | | | Paul Anderson, 9705 45th Avenue North, Plymouth MN 55442-9998, (763)577-1386. Mr. Anderson may testify about plaintiff's work performance since leaving the St. Paul P&DC. |
| | 33 | | | | Richard Anderson, 940 44th Avenue NE, Columbia Heights MN 55421-9998, (763)781-3166. Mr. Anderson may testify about plaintiff's work performance since leaving the St. Paul P&DC. |
| | 34 | | | | Lowell Flewellen, T-1 SDO, P. O. Box 645002, St. Paul MN 55164-5002, (651)293-3056. Mr. Flewellen may testify about the work environment at the St.Paul P&DC. |
| | 35 | | | | Todd Dobezinski, SDO, P. O. Box 645002, St. Paul MN 55164-5002, (651)293-3065. Mr. Dobezinski may testify about the work environment at the St. Paul P&DC and plaintiff's work performance. |
| | 36 | | | | Michele Purton, District Manager, 252 Bridgewater Circle, Fredericksburg VA 22406-8410, (540)368-2960. Ms. Purton may testify about the performance of the St.Paul P&DC, the events of the 1999, personnel issues among other issues. |

**WITNESS LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | 37 | | | | Leo Mudek, T-3 MDO, 2073 Lydia Avenue East, Maplewood MN 55109, (651)779-7861. Mr. Mudek may testify may testify about the work environment at the St.Paul P&DC, and plaintiff's performance. |
| | 38 | | | | Drew Aliperto, acting MDO in training, Mpls P & DC, 100 So 1st St. Rm 445, Minneapolis MN 55401-9997, (612)349-4429. Mr. Aliperto may testify about the work environment at the St.Paul P&DC. |
| | 39 | | | | Carol LeViege, Supervisor, St.Paul P&DC, 2244 Vining Drive, Woodbury, MN 55125, 651-738-2532. Ms. LeViege may testify about the work environment at the St.Paul P&DC. |
| | 40 | | | | Mary Alt, 2901 North I-85 Service Road, Charlotte NC 28228-9341, (704)393-4501. Ms. Alt may testify about the work environment at the St.Paul P&DC. |
| | 41 | | | | Steve Wenzel, 1165 2nd Avenue, Des Moines IA 50318-9997, (515)283-7757. Mr. Wenzel may testify about plaintiff's performance and the work environment at the St. Paul P&DC. |
| | 42 | | | | Jim Clausen, In-Plant Support Manager, P. O. Box 645002, St. Paul MN 55164-5002, (651)293-3107. Mr. Clausen may testify about the work environment at the St.Paul P&DC, and plaintiff's performance. |
| | 43 | | | | Don Allard, ASP class, 1044 18th Avenue NE, Minneapolis MN 55418, (612)788-6377. Mr. Allard may testify about plaintiff's performance, among other issues. |
| | 44 | | | | Mike Ruppert, Brainerd Post Office, 422 Laurel Street, Brainerd MN 56401, (218)829-9234. Mr. Ruppert may testify about the environment at the St. Paul P&DC. |
| | 45 | | | | Vince Gramling, Supervisor, 2825 Lone Oak Parkway, Eagan, MN 55121-9621, (651)406-1639. Mr. Gramling may testify about the work environment at the St. Paul P&DC. |

**WITNESS LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | 46 | | | | Rod Lyle, Lead MDO MPLS, 4226 150th Street West, Savage MN 55378, (952)440-7507. Mr. Lyle may testify about the work environment at the St.Paul P&DC, and plaintiff's performance. |
| | 47 | | | | James Caputa, 475 L'Enfant Plaza, Room 9300, Washington DC 20260-4410, (202)268-6170. Mr. Caputa may testify about the work environment at the St.Paul P&DC. |
| | 48 | | | | Tom Gergen, Manager Labor Relations, Labor Relations, 100 South First Street Rm 425, Minneapolis MN 55401-9401, (612)349-0387. Mr. Gergen may testify about the work environment at the St.Paul P&DC. |
| | 49 | | | | Joan MacDonnell, Redress Coordinator, 100 South 1st Street Room 428, Minneapolis MN 55401-9420, (612)439-6367. Ms. MacDonnell may testify about the EEO claims process, sex harassment policies, plaintiff's EEO claim specifically, and the work environment in St. Paul. |
| | 50 | | | | Ronald Woods, EEO Manager, Northland District, 100 South 1st Street, Minneapolis MN 55401-9411, (612)349-4403. Mr. Woods may testify about the sexual harassment policies, the EEO process, the work environment at the St. Paul P&DC, and specific EEO claims and actions as necessary. |
| | 51 | | | | Judy Kerr, 100 South 1st Street Room 442A, Minneapolis MN 55401-9420, (612)758-7063. Ms. Kerr may testify about certain payroll, timekeeping, and other personnel issues and lay foundation for certain documents. |
| | 52 | | | | Brian Sundstrom, 100 S. 1st Street Rm 127, Minneapolis MN 55401, (612)349-4471. Mr. Sundstrom may testify about plaintiff's work performance since she left the St. Paul P&DC. |

**WITNESS LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | 53 | | | | Dianne White, Labor Relations, 100 South 1st Street Rm 425, Minneapolis MN 55401-9401, (612)349-4435. Ms. White may testify about the various Postal Service personnel polices and the work environment at the St.Paul P&DC. |
| | 54 | | | | Richard F. Tonowski, Ph.D., 8811 Walnut Hill Road, Chevy Chase, MD 20815-4711, (202)268-3848. Dr. Tonowski may testify about plaintiff's qualifications to work in customer service among other issues. |
| | 55 | | | | P.J. Shanahan, M.D., P.O. Box 66605, St. louis, MO 63166, (314)629-5538, Dr. Shanahan may testify about plaintiff's qualifications to work in customer service among other issues. |
| | 56 | | | | Judith Kashtan, MD. 1246 Medical Arts Building, Minneapolis, MN 55402, (952)922-9323. Dr. Kashtan may testify as to plaintiff's medical and psychiatric history and her evaluation of plaintiff. |
| | 57 | | | | Edward Foster, Ph.D., 4754 Fremont Avenue South, Minneapolis, MN 55409, (612) 823-2932. Dr. Foster may provide expert testimony about value of any losses allegedly sustained by plaintiff and the present value of any future loss to plaintiff. |
| | 58 | | | | Bernard Bagdzinski, current Senior Plant Manager, 100 South First Street, Room 454, Minneapolis, MN 55401-9997 (612) 349-0324 |
| | 59 | | | | Michael J. Daley, current Northland District Manager, 100 South First Street, Room 409, Minneapolis, MN 55401-9997 (612) 349-3500 |
| | 60 | | | | |
| | 61 | | | | |
| | 62 | | | | Any other person identified in any document or exhibit |

**WITNESS LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| Joyce E. Lambert | John E. Potter | 00-2580 MJD/JSM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | 63 | | | | Any other person identified in the discovery in this case. |
| | 64 | | | | Any other person identified in further investigation. |
| | 65 | | | | Any person identified on Plaintiff's witness list. |
| | 66 | | | | Any person necessary for Impeachment. |
| | 67 | | | | Any person necessary to lay foundation for any exhibits. |
| | 68 | | | | |
| | 69 | | | | |
| | 70 | | | | |
| | 71 | | | | |
| | 72 | | | | |
| | 73 | | | | |
| | 74 | | | | |
| | 75 | | | | |
| | 76 | | | | |
| | 77 | | | | |
| | 78 | | | | |
| | 79 | | | | |
| | 80 | | | | |
| | 81 | | | | |
| | 82 | | | | |
| | 83 | | | | |
| | | | | | |
| | | | | | |