UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2580 MJD/JSM

| | |
|---|---|
| JOYCE E. LAMBERT,<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, IN HIS OFFICIAL CAPACITY AS POSTMASTER GENERAL OF THE UNITED STATES,<br><br>Defendants. | **DEFENDANT POTTER'S PROPOSED JURY INSTRUCTIONS** |

Defendant John E. Potter, Postmaster General, United States Postal Service hereby submits its proposed jury instructions.

Dated: 7/19/04

THOMAS B. HEFFELFINGER
United States Attorney

s/Friedrich A.P. Siekert

BY: FRIEDRICH A. P. SIEKERT
Assistant United States Attorney
Attorney ID Number 142013
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600