DEFENDANT'S PROPOSED JURY INSTRUCTION NO.

COURT JURY INSTRUCTION NO.

VERDICT FORM

(DISPARATE TREATMENT)

Note: Complete the following paragraph by writing in the name required by your verdict.

On the sex discrimination claim of plaintiff , as submitted in Instruction ____ , we find in favor of:

_________________________________________________________________

(Plaintiff Joyce Lambert) or (Defendant John Potter)

Note: If the above finding is in favor of defendant, have your foreperson sign and date this form below because you have completed your deliberations on this claim. Answer the next question only if the above finding is in favor of plaintiff.

Has it been proved by the preponderance of the evidence that defendant would have given plaintiff the same 1999 evaluation regardless of her sex? ______Yes ______No

(Mark an "X" in the appropriate space)

Note: If you answered "yes" to the preceding question, have your foreperson sign and date this form because you have completed your deliberations on this claim. Complete the following paragraphs only if your answer to the preceding question is "no."

We find plaintiff's lost wages from January 1, 2000 through January 22, 2000, : $_________ (stating the amount or, if none, write the word "none").

We find plaintiff's other damages, excluding lost wages, to be: $_________ (stating the amount [or, if you find that plaintiff's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)]).

______________________________________

Foreperson

Dated: ______________________________

8th Cir. Civil Jury Instr. §5.05 (2001)