UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2580 MJD/JSM

| | |
|---|---|
| JOYCE E. LAMBERT,<br><br>Plaintiff,<br><br>v.<br>JOHN E. POTTER, IN HIS OFFICIAL CAPACITY AS POSTMASTER GENERAL OF THE UNITED STATES, THE UNITED STATES POSTAL SERVICE, AND JUDITH THON, INDIVIDUALLY,<br><br>Defendants. | **DEFENDANT POTTER'S PROPOSED VOIR DIRE QUESTIONS** |

1. What is your name, address, and occupation over the past five years? Provide the same information as to your spouse and children. Where were you born and raised? If retired, what was your occupation before retiring?

2. Have you heard of this case before today? If so, when, and how?

3. The attorney representing the plaintiff in this case is Celeste Culberth. The United States Department of Justice attorneys representing the defendants are Friedrich A. P. Siekert. Do you know any of these attorneys?

4. Are you acquainted with or do you know the plaintiff, Joyce Lambert?

5. The defendant's anticipated witnesses will be:

[please refer to defendant's witness list]

Are you acquainted with any of these people? If so, would that relationship affect your ability to render an impartial

decision in this case?

6. The plaintiff's anticipated witnesses will be:

[please refer to plaintiff's witness list]

Are you acquainted with any of these people? If so, would that relationship affect your ability to render an impartial decision in this case?

7. Have you, your relatives, or close friends had any contact with federal, state or local authorities that you feel was not handled as it should have been?

8. Have you served as a juror before? If so, was the case civil or criminal? What type of case was involved? When did you serve? Was the trial held in state court or federal court?

9. Some of the witnesses in this trial are likely to be government agents or employees. Does any juror have strong prejudices either against or in favor of government employees?

10. Have you or any member of your family had any type of encounter with the Department of Justice, the United States Postal Service, or any other law enforcement or regulatory agency? What was the nature of the encounter? Was it resolved in a manner that left you with any hard feelings?

11. If selected as a juror in this case, will you apply the law as given by the Court, regardless of whether you agree or disagree with it?

12. Have you ever had any disagreement or dispute with any department or arm of the U.S. Government in which you believed you were dealt with unfairly? If so, please describe.

If yes, do you think, in spite of such disagreement or

dispute, you could reach an impartial decision regarding a matter involving the federal government?

13. Do you now or have you ever worked for the federal government?

If so, please describe the position or positions you have held.

If you previously worked for the federal government but are no longer working for the federal government, please describe the circumstances under which you left.

14. Would you tend not to believe the testimony of a male supervisor just because he is a male?

15. Would you tend not to believe the testimony of a female supervisor just because she is a female?

16. Have you ever been sued?

If so, please explain what the circumstances were, who the defendants and the plaintiffs were, when the suit was filed, and the result.

17. Have you ever filed a lawsuit?

If so, please explain what the circumstances were, who the defendants and the plaintiffs were, when the suit was filed, and the result.

18. Do you have any problem with our hearing, sight or any physical infirmity which would impair your full attention to this trial?

19. Is there any reason why you could not render an impartial decision in this case or why you do not want to sit as a juror in this case?

EMPLOYMENT DISCRIMINATION

20. This case involves charges of discrimination. Have you ever been the subject of charges of discrimination?

If so, please describe the nature of the charges, the manner in which the charges and discrimination were raised, and the result.

21. As a manager or supervisor, have you ever had to perform a year end evaluation, or any evaluation, of an employee? If so, what were the circumstances? Why did you take the action that you took?

22. As a manager or supervisor, have you ever been accused of discrimination in connection with your employment decisions? If so, what were the circumstances?

23. Have you ever received an unfavorable year end evaluation of your work? If so, what were the circumstances? Did you believe the unfavorable evaluation was motivated by discrimination based on sex, or other discrimination?

24. Have you ever been subjected to a personnel action by an employer that you felt was unfavorable? Did you think it was discriminatory? What were the circumstances?

25. Given your work experiences, would any of you tend not to believe the testimony of a supervisor just because that witness is a supervisor?

26. Have you ever filed or raised claims of discrimination?

If so, please describe the nature of the charges, the manner in which you filed or raise claims of discrimination, and the result.

27. Have you ever been otherwise involved, in any way, in a matter involving charges of discrimination, such as a witness?

If so, please describe the matter, your involvement, and the outcome.

28. Have any of your family members or close friends ever been subject to charges of discrimination?

If so, please describe who was charged, the relationship to you, the nature of the charge, the manner in which the charges of discrimination were raised, and the result.

29. Have any of your family members or close friends ever raised or filed charges of discrimination?

If so, please describe who raised the charges, the relationship to you, the nature of the charges, the manner in which the charges of discrimination were raised or filed, and the result.

30. This case also involves allegations of sexual harassment. Have you ever experienced any form of sexual harassment?

If so, please describe the nature of the harassment; the person(s) who harassed you; where you were harassed (e.g., work); what, if anything, you did about it; and the results.

31. Have any of your family members or close friends experienced sexual harassment?

If so, please describe who suffered the harassment and their relationship to you; the nature of the harassment; where the harassment occurred (e.g. work); what, if anything, was done about the problem; and the result.

32. Do you think that your feelings or experiences regarding sexual harassment would influence your ability to render an

impartial decision in this case?

33. Have you ever been forced to resign from a job because you believed your employer deliberately made your working conditions intolerable?

If so, please explain what happened and when. Would your feelings about this experience influence your ability to render an impartial decision in this matter?

34. Have any of your family members or close friends been forced to resign from a job because they believed their employer deliberately made their working conditions intolerable?

If so, please describe the person to whom this happen, their relationship to you, and explain what happened and when.

35. Have any of you ever made a complaint of sexual harassment at work?

36. If a female employee charged a male coworker with sexual harassment, would any of you be inclined to side initially with the female or the male? If so, why?

37. Do any of you believe that sexual harassment is a major problem in the workplace? If so, why do you think so?

38. Do you believe that employers are taking sufficient steps to prevent sexual harassment?

39. This case also involves allegations of retaliation. Do you believe that you have ever been retaliated against at your job for complaining about what you thought were discriminatory actions?

If so, please describe the nature of the retaliation; who retaliated against you; what, if anything, you did about it; and the results. Would your feelings about this experience influence

your ability to render an impartial decision in this matter?

40. Do any of you have any training in the areas of counseling, family counseling, psychology, or psychiatry? If so, please describe those experiences?

41. Do any of you hold any bias or strong feelings, pro or con, about mental health care providers, such as psychologists or psychiatrists?

42. Have any of you ever had any health problems that you believe were caused, or that you were told were caused, by work related stress? If so, please describe the circumstances.

Dated: 7/19/04

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/Friedrich A.P. Siekert

BY: FRIEDRICH A. P. SIEKERT
Assistant U.S. Attorney
Attorney ID No. 142013
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600