AO 187 (Rev. 7/87) Exhibit and Witness List ⊕

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Joyce E. Lambert

v.

John E. Potter,
United States Postmaster General

## PLAINTIFF'S EXHIBIT LIST

Civil No. 00-2580

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Michael J. Davis | Celeste E. Culberth<br>Leslie L. Lienemann. | Friedrich Siekert |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| Pltf. # 1. | | | | | Application for Employment to the U.S. Postal Service dated January 1, 1985. |
| Pltf. # 2. | | | | | Appointment affidavit dated July 22, 1985. |
| Pltf. # 3. | | | | | Letter dated June 20, 1994 to Robert Fisher from Joyce Lambert. |
| Pltf. # 4. | | | | | Letter dated November 30, 1994 to Rodney D. Lyle from Joyce Lambert. |
| Pltf. # 5. | | | | | Notes dated April 21, 1999. |
| Pltf. # 6. | | | | | Notes dated April 22, 1999. |
| Pltf. # 7. | | | | | Notes dated April 23, 1999. |
| Pltf. # 8. | | | | | Notes dated April 26, 1999. |
| Pltf. # 9. | | | | | Notes dated April 26, 1999. |
| Pltf. # 10. | | | | | Notes dated April 27, 1999. |
| Pltf. # 11. | | | | | Notes dated April 28, 1999. |
| Pltf. # 12. | | | | | Notes dated May 4, 1999. |
| Pltf. # 13. | | | | | Letter dated May 18, 1999 to Joyce Lambert from Ronald Woods. |
| Pltf. # 14. | | | | | Certificate of receipt dated May 19, 1999 signed by Joyce |

| PRESIDING JUDGE<br>Hon. Michael J. Davis | PLAINTIFF'S ATTORNEYS<br>Celeste E. Culberth<br>Leslie L. Lienemann. | DEFENDANT'S ATTORNEY<br>Friedrich Siekert |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | Lambert. |
| Pltf. # 15. | | | | | Letter dated May 26, 1999 to Michelle Purton from Celeste Culberth. |
| Pltf. # 16. | | | | | Information for Precomplaint Counseling that Joyce Lambert filled out. |
| Pltf. # 17. | | | | | Joyce Lambert EEO Complaint of Discrimination dated July 30, 1999. |
| Pltf. # 18. | | | | | Lambert's EEO Investigative Affidavit with attachments dated September 17, 1999. |
| Pltf. # 19. | | | | | Letter dated January 25, 2000 to EEO Office from Joyce Lambert. |
| Pltf. # 20. | | | | | Letter dated May 12, 2000 to Joyce Lambert from Joan Marshall. |
| Pltf. # 21. | | | | | Letter dated March 3, 2000 to Frank Warpeha from Joyce Lambert with EEO Complaint of Discrimination in the Postal Service dated March 1, 2000. |
| Pltf. # 22. | | | | | Acceptance by the EEO department dated March 22, 2000. |
| Pltf. # 23. | | | | | EEO Investigative Affidavit dated April 30, 2000. |
| Pltf. # 24. | | | | | EEO Investigative file case number 11-551-0024-99. |
| Pltf. # 25. | | | | | FY '96 EAS Merit Pay Program Administrative Rules and Processing Guidelines. |
| Pltf. # 26. | | | | | E A S Merit Performance Evaluation Guidance 3. |
| Pltf. # 27. | | | | | Individual Development Plan |

| PRESIDING JUDGE<br>Hon. Michael J. Davis | PLAINTIFF'S ATTORNEYS<br>Celeste E. Culberth<br>Leslie L. Lienemann. | DEFENDANT'S ATTORNEY<br>Friedrich Siekert |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | for Joyce Lambert dated November 16, 1998, with ALP supporting documentation. |
| Pltf. # 28. | | | | | Narrative of Work Accomplishments for Joyce Lambert for the period September 1997 to September 1998. |
| Pltf. # 29. | | | | | Electronic mail regarding detail assignments. |
| Pltf. # 30. | | | | | Thon Communications to Lambert at MWA. |
| Pltf. # 31. | | | | | Memorandum to all direct reports from Judith Thon dated December 30, 1998 regarding mid-year merits. |
| Pltf. # 32. | | | | | Letters delegating authority. |
| Pltf. # 33. | | | | | October 18, 1999 letter regarding EAS Merit Performance Evaluations and Merit Pay, FY 1999. |
| Pltf. # 34. | | | | | Documents that were marked ALP information and electronic mail. |
| Pltf. # 35. | | | | | Daily reports. |
| Pltf. # 36. | | | | | Letter dated September 8, 1999 to Joyce Lambert. |
| Pltf. # 37. | | | | | Letter dated September 22, 1999 to Joyce Lambert to Judith Thon. |
| Pltf. # 38. | | | | | Letter dated September 24, 1999 to Judith Thon from Joyce Lambert. |

| PRESIDING JUDGE<br>Hon. Michael J. Davis | PLAINTIFF'S ATTORNEYS<br>Celeste E. Culberth<br>Leslie L. Lienemann. | DEFENDANT'S ATTORNEY<br>Friedrich Siekert |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| Pltf. # 39. | | | | | Letter dated September 28, 1999 to Joyce Lambert from Judith Thon. |
| Pltf. # 40. | | | | | Medical documentation submitted by Joyce Lambert to USPS Medical Unit on September 17, 1999. |
| Pltf. # 41. | | | | | Letter dated October 14, 1999 to Judy Thon from Frank Warpeha with attachment. |
| Pltf. # 42. | | | | | Letter dated October 22, 1999 from Judith Thon regarding FY Merit Rating. |
| Pltf. # 43. | | | | | Letter dated October 25, 1999 to Judith Thon from Celeste Culberth. |
| Pltf. # 44. | | | | | Letter dated December 7, 1999 to Joyce Lambert to Judith Thon. |
| Pltf. # 45. | | | | | The EAS Merit Performance Evaluation. |
| Pltf. # 46. | | | | | Letter dated January 19, 2000 to Wayne Rogers from Celeste Culberth. |
| Pltf. # 47. | | | | | Letter dated February 3, 2000 to Judith Thon from Frank C. Warpeha. |
| Pltf. # 48. | | | | | Letter dated February 25, 2000 to Joyce Lambert from Joan Marshall. |
| Pltf. # 49. | | | | | Two letters dated March 8, 2000 to Michael Brown from Celeste Culberth. |
| Pltf. # 50. | | | | | Letter dated March 27, 2000 to Joyce Lambert to Joan Marshall. |
| Pltf. # 51. | | | | | Letter dated March 29, 2000 |

| PRESIDING JUDGE<br>Hon. Michael J. Davis | PLAINTIFF'S ATTORNEYS<br>Celeste E. Culberth<br>Leslie L. Lienemann. | DEFENDANT'S ATTORNEY<br>Friedrich Siekert |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | to Michael Brown from Celeste Culberth. |
| Pltf. # 52. | | | | | Letter dated March 30, 2000 to Joyce Lambert from Joan Marshall. |
| Pltf. # 53. | | | | | Letter dated April 19, 2000 to Joan Marshall and Michael Brown from Celeste Culberth. |
| Pltf. # 54. | | | | | Letter dated April 28, 2000 to Joyce Lambert from Joan Marshall. |
| Pltf. # 55. | | | | | Letter dated May 5, 2000 to Joan Marshall and Michael Brown from Celeste Culberth. |
| Pltf. # 56. | | | | | USPS memorandum dated November 3, 1999 from C.E. Lewis regarding involuntary transfers. |
| Pltf. # 57. | | | | | Employee and Labor Relations Manual. |
| Pltf. # 58. | | | | | The completed Special Verdict Form filed on March 31, 2000 in *Jean Sandberg, Plaintiff v. William Henderson, United States Postmaster General/United States Postal Service Chief Executive Officer, Defendant,* 98-1653 (DWF/AJB). |
| Pltf. # 59. | | | | | Assignment Orders dated June 4, 1999. |
| Pltf. # 60. | | | | | FY '96 EAS Merit Pay Program Administrative Rules and Processing Guidelines. |
| Pltf. # 61. | | | | | Memorandum dated June 6, 1999 to Joyce Lambert from Greg Drazkowski. |

| PRESIDING JUDGE<br>Hon. Michael J. Davis | PLAINTIFF'S ATTORNEYS<br>Celeste E. Culberth<br>Leslie L. Lienemann. | DEFENDANT'S ATTORNEY<br>Friedrich Siekert |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| Pltf. # 62. | | | | | Letter dated September 30, 1999 from Daniel C. Thomason, Psy.D. L.P. |
| Pltf. # 63. | | | | | Letter dated October 12, 1999 from Deanne Printon, N.P. |
| Pltf. # 64. | | | | | Letter dated October 13, 1999 from Thomas Jetzer, M.D., MPH. |
| Pltf. # 65. | | | | | Letter dated October 19, 1999. |
| Pltf. # 66. | | | | | Medical Examination and Assessment for Joyce Lambert. |
| Pltf. # 67. | | | | | Letter dated October 20, 1999 to Joyce Lambert from Judith Thon. |
| Pltf. # 68. | | | | | Letter dated October 25, 1999 to Judith Thon from Daniel C. Thomason, Psy.D. L.P. |
| Pltf. # 69. | | | | | Letter dated October 26, 1999 to Celeste Culberth from Judith Thon. |
| Pltf. # 70. | | | | | Medical report with attachments dated November 1, 1999 from Thomas C. Jetzer, M.D., MPH. |
| Pltf. # 71. | | | | | Letter dated November 1, 1999 to Judith Thone (sic) from Thomas C. Jetzer, M.D. MPH. |
| Pltf. # 72. | | | | | Letter dated November 5, 1999 to Joyce Lambert from Judith Thon. |
| Pltf. # 73. | | | | | Letter dated November 17, 1999 to Judith Thon from Celeste Culberth. |
| Pltf. # 74. | | | | | Letter dated November 18, 1999 to Celeste Culberth from |

| PRESIDING JUDGE<br>Hon. Michael J. Davis | PLAINTIFF'S ATTORNEYS<br>Celeste E. Culberth<br>Leslie L. Lienemann. | DEFENDANT'S ATTORNEY<br>Friedrich Siekert |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | Judith Thon. |
| Pltf. # 75. | | | | | Letter dated November 25, 1999 to Dr. Jetzer from John Rauenhorst. |
| Pltf. # 76. | | | | | Letter dated December 1, 1999 from Thomas C. Jetzer. |
| Pltf. # 77. | | | | | Letter dated December 14, 1999 to Joyce Lambert from Judith Thon. |
| Pltf. # 78. | | | | | Letter dated December 17, 1999 to Judith Thon from Celeste Culberth. |
| Pltf. # 79. | | | | | Facsimile and its attachments dated December 17, 1999 from Judith Thon to Laura McCollow or Tom Gergon. |
| Pltf. # 80. | | | | | Letter dated December 17, 1999 to John Rauenhorst, M.D. from Thomas C. Jetzer, M.D., MPH. |
| Pltf. # 81. | | | | | Letter dated December 20, 1999 from Daniel C. Thomason PsyD, LP to USPS St. Paul Medical Unit. |
| Pltf. # 82. | | | | | Letter dated December 28, 1999 from J.M. Rauenhorst, M.D. to Thomas Jetzer, M.D., MPH. |
| Pltf. # 83. | | | | | Letter dated December 30, 1999 to Judith Thoen (sic) from Thomas C. Jetzer, M.D., MPH. |
| Pltf. # 84. | | | | | Letter dated December 30, 1999 to Dr. Jetzer from Judith Thon. |
| Pltf. # 85. | | | | | Letter dated January 7, 2000 to Joyce Lambert from Judith |

| PRESIDING JUDGE<br>Hon. Michael J. Davis | PLAINTIFF'S ATTORNEYS<br>Celeste E. Culberth<br>Leslie L. Lienemann. | DEFENDANT'S ATTORNEY<br>Friedrich Siekert |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | Thon. |
| Pltf. # 86. | | | | | Letter dated January 11, 2000 to Judith Thon from Celeste Culberth. |
| Pltf. # 87. | | | | | Letter dated January 13, 2000 to USPS from Daniel C. Thomason, PsyD, LP. |
| Pltf. # 88. | | | | | Letter dated January 14, 2000 to Judith Thon from Celeste Culberth. |
| Pltf. # 89. | | | | | Letter dated January 14, 2000 to Joyce Lambert from Judith Thon. |
| Pltf. # 90. | | | | | Letter dated January 20, 2000 to Wayne Rogers from Celeste Culberth. |
| Pltf. # 91. | | | | | Letter dated January 21, 2000 to Joyce Lambert from Judith Thon. |
| Pltf. # 92. | | | | | Letter dated January 21, 2000 to Judith Thon from Celeste Culberth. |
| Pltf. # 93. | | | | | Letter dated February 9, 2000 to Joyce Lambert from Joan Marshall. |
| Pltf. # 94. | | | | | Letter dated March 2, 2000 to USPS St. Paul Medical Unit from Daniel C. Thomason, Psy.D., L.P. |
| Pltf. # 95. | | | | | Letter dated March 3, 2000 to Joyce Lambert from Joan Marshall. |
| Pltf. # 96. | | | | | Letter dated March 27, 2000 to Joyce Lambert from Joan Marshall. |
| Pltf. # 97. | | | | | Memorandum dated April 26, 2000 to St. Paul P.O. Medical |

| PRESIDING JUDGE<br>Hon. Michael J. Davis | PLAINTIFF'S ATTORNEYS<br>Celeste E. Culberth<br>Leslie L. Lienemann. | DEFENDANT'S ATTORNEY<br>Friedrich Siekert |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | Unit from Thomas C. Jetzer, M.D., MPH. |
| Pltf. # 98. | | | | | Letter dated April 28, 2000 to Joyce Lambert from Joan Marshall. |
| Pltf. # 99. | | | | | Letter dated May 5, 2000 to Joan Marshall and Michael Brown from Celeste Culberth. |
| Pltf. # 100. | | | | | EAS Merit Performance Evaluation and file for Charles Schlingting for the period of September 1998 to September 1999. |
| Pltf. # 101. | | | | | 1999 Merit File for Terry Hjelmgren. |
| Pltf. # 102. | | | | | Narrative of Work Accomplishments for Ray Walters. |
| Pltf. # 103. | | | | | Merit documentation related to Roy Oscarson. |
| Pltf. # 104. | | | | | Merit documentation related to James S. Flynn. |
| Pltf. # 105. | | | | | Merit documentation related to Edward Bremer. |
| Pltf. # 106. | | | | | Gender Counseling Request Reports from January 1, 1995 to May 31, 2002 produced to Plaintiff by Defendants in this litigation. |
| Pltf. # 107. | | | | | Gender Complaints Filed from January 1, 1995 through May 31, 2002 |
| Pltf. # 108. | | | | | Work Place Climate Survey for St. Paul P & D C dated September 8, 1995 |
| Pltf. # 109. | | | | | Dr. David Jones Curriculum Vitae |

| PRESIDING JUDGE<br>Hon. Michael J. Davis | PLAINTIFF'S ATTORNEYS<br>Celeste E. Culberth<br>Leslie L. Lienemann. | DEFENDANT'S ATTORNEY<br>Friedrich Siekert |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| Pltf. # 110. | | | | | Dr. Patrick Cronin's Curriculum Vitae |
| Pltf. # 111. | | | | | Amended Complaint and Jury Demand |
| Pltf. # 112. | | | | | Defendant's Initial Disclosures dated May 11, 2001 |
| Pltf. # 113. | | | | | Defendant's Response to Plaintiff's Request for Production of Documents dated June 14, 2002 |
| Pltf. # 114. | | | | | Defendant's Response to Plaintiff's Interrogatories dated June 14, 2002 |
| Pltf. # 115. | | | | | Defendant's Amended Responses to Plaintiff's Interrogatories dated November 25, 2002 |
| Pltf. # 116. | | | | | Defendant's Amended Responses to Plaintiff's Document Requests dated November 25, 2002 |
| Pltf. # 117. | | | | | Defendant's Privilege Log (old) dated January 31, 2003 |
| Pltf. # 118. | | | | | Defendant's Privilege Log (New) January 31, 2003 |
| Pltf. # 119. | | | | | Defendant's Second Amended Interrogatory Answers Numbered 12 & 13 dated January 31, 2003 |
| Pltf. # 120. | | | | | Defendant's Supplemental Responses to Plaintiff's Request for Production of Documents dated February 3, 2003 |

| PRESIDING JUDGE<br>Hon. Michael J. Davis | PLAINTIFF'S ATTORNEYS<br>Celeste E. Culberth<br>Leslie L. Lienemann. | DEFENDANT'S ATTORNEY<br>Friedrich Siekert |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| Pltf. # 121. | | | | | Defendant's Second Amended Interrogatory Answers Numbered 12 and 13 dated February 3, 2003 |
| Pltf. # 122. | | | | | Declaration of Judith Thon dated March 12, 2003 |
| Pltf. # 123. | | | | | Declaration of Joyce Lambert dated April 3, 2003 |
| Pltf. # 124. | | | | | Declaration of Joyce Lambert regarding Tapes Transcripts dated April 3, 2003 |
| Pltf. # 125. | | | | | May 4, 1999 Tape recorded meeting between Lambert and Thon. |
| Pltf. # 126. | | | | | P&D DMCR Data Reports for 1998 |
| Pltf. # 127. | | | | | P&D DMCR Data Reports for 1999 |
| Pltf. # 128. | | | | | P&D DMCR Data Reports for January through March 24, 2000 |
| Pltf. # 129. | | | | | Work Climate Assessment dated May 5, 1997 |
| Pltf. # 130. | | | | | St. Paul P&DC Fiscal Year 199 Summary USPS Voice of the Employee Survey |
| Pltf. # 131. | | | | | P&D DMCR Data Reports for March 25, 2000 to April 21, 2000 |
| Pltf. # 132. | | | | | P&D DMCR Data Reports for April 22, 2000 to May 19, 2000 |
| Pltf. # 133. | | | | | P&D DMCR Data Reports for May 22, 2000 to June 16, 2000 |

| PRESIDING JUDGE<br>Hon. Michael J. Davis | PLAINTIFF'S ATTORNEYS<br>Celeste E. Culberth<br>Leslie L. Lienemann. | DEFENDANT'S ATTORNEY<br>Friedrich Siekert |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| Pltf. # 134. | | | | | P&D DMCR Data Reports for June 17, 2000 to July 14, 2000 |
| Pltf. # 135. | | | | | P&D DMCR Data Reports for July 15, 2000 to August 11, 2000 |
| Pltf. # 136. | | | | | P&D DMCR Data Reports for August 12, 2000 to September 7, 2000 |
| Pltf. # 137. | | | | | Overtime/Leave Analysis |
| Pltf. # 138. | | | | | Performance Summary (Detail) Report for the period of December 5, 1998 through May 21, 1999 |
| Pltf. # 139. | | | | | Official Personnel file for Joyce Lambert. |
| Pltf. # 140. | | | | | Official Personnel file of Tim Vierling |
| Pltf. # 141. | | | | | Official Personnel file of Charles Schlichting |
| Pltf. # 142. | | | | | Official Personnel file of Edward Bremer |
| Pltf. # 143. | | | | | Official Personnel file of Ray Walters |
| Pltf. # 144. | | | | | Official Personnel file of James Flinn |
| Pltf. # 145. | | | | | Official Personnel file of Ronald Studiner |
| Pltf. # 146. | | | | | Official Personnel file of Elaine Cleveland |
| Pltf. # 147. | | | | | Official Personnel file of Marta Forrest |
| Pltf. # 148. | | | | | Official Personnel file of Judith Thon |
| Pltf. # 149. | | | | | Official Personnel file of Sandra Burk |

| PRESIDING JUDGE<br>Hon. Michael J. Davis | PLAINTIFF'S ATTORNEYS<br>Celeste E. Culberth<br>Leslie L. Lienemann. | DEFENDANT'S ATTORNEY<br>Friedrich Siekert |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| Pltf. # 150. | | | | | Official Personnel file of Edward Bremer |
| Pltf. # 151. | | | | | Official Personnel file of Todd Dobenski |
| Pltf. # 152. | | | | | Official Personnel file of Carol Petersdorf |
| Pltf. # 153. | | | | | Official Personnel file of Lowell Flewellen |
| Pltf. # 154. | | | | | Official Personnel file of William Groth |
| Pltf. # 155. | | | | | Official Personnel file of Roy Oscarson |
| Pltf. # 156. | | | | | Excerpts from Plaintiff's psychological records |
| Pltf. # 157. | | | | | Plaintiff's notes regarding emotional distress |
| Pltf. # 158. | | | | | Tape recorded meeting between Joyce Lambert and Vierling |
| Pltf. # 159. | | | | | VOE Surveys |
| Pltf. # 160. | | | | | MDO Side Files |
| Pltf. # 161. | | | | | Work flow records |
| Pltf. # 162. | | | | | Plaintiff's financial records—pay loss, benefit loss and out of pocket losses |
| Pltf. # 163. | | | | | Jones' chart on financial losses |
| Pltf. # 164. | | | | | Impeachment Exhibits |
| Pltf. # 165. | | | | | Rebuttal Exhibits |
| Pltf. # 166. | | | | | All exhibits listed on Defendant's Exhibit list |

Dated: July 19, 2004

s/Celeste E. Culberth___________________
Celeste E. Culberth 228187
Leslie L. Lienemann 230194

**CULBERTH, LIENEMANN & STRATTON, LLP**
1050 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 290-9300
**Attorneys for Plaintiff**