CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| JOYCE LAMBERT,<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, IN HIS OFFICIAL CAPACITY AS POSTMASTER GENERAL OF THE UNITED STATES,<br><br>Defendant. | ) | CIVIL NO. 00-2580 MJD/JSM |

I hereby certify that on July 19, 2004, I caused the following documents:

EXHIBIT LIST; WITNESS LIST; DEFENDANT POTTER'S PROPOSED JURY INSTRUCTIONS; DEFENDANT POTTER'S PROPOSED JURY VERDICT FORMS; DEFENDANT POTTER'S REQUEST FOR VOIR DIRE QUESTIONS; DEFENDANT POTTER'S TRIAL BRIEF

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Celeste E. Culberth, Esq.
cculberth@clslawyers.com

Dated: July 19, 2004

s/Tina M. Knoll
Tina M. Knoll