AO 187 (Rev. 7/87) Exhibit and Witness List ⊕

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Joyce E. Lambert

v.

John E. Potter,
United States Postmaster General.

**PLAINTIFF'S WITNESS LIST**

Civil No. 00-2580 MJD/JSM

| PRESIDING JUDGE<br>Hon. Michael J. Davis | PLAINTIFFS' ATTORNEYS<br>Celeste Culberth<br>Leslie L. Lienemann | DEFENDANT'S ATTORNEY<br>Friedrich Siekert |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| 1. | | | | | Joyce Lambert. 2986 Duluth Street, Maplewood, MN 55109. Plaintiff will testify concerning the facts surrounding her discrimination complaints, retaliation and her damages. |
| 2. | | | | | Terry Arnold. Mpls P&DC, 100 South 1st Street, Room, 454, Minneapolis, MN 55401. Northland P.C., Lead Plant Manager. Retaliatory actions he directed Thon to take when Lambert tried to mitigate discriminatory actions |
| 3. | | | | | Edward Bremer. 18 Kellogg Blvd, St. Paul, MN, 55164. MDO, St. Paul, P&DC will testify about the working environment, performance evaluations and mail processing procedures and the constraints of the St. Paul P & DC. |
| 4. | | | | | Michael Brown. Law Department, P.O. Box |

| PRESIDING JUDGE<br>Hon. Michael J. Davis | PLAINTIFFS' ATTORNEYS<br>Celeste Culberth<br>Leslie L. Lienemann | DEFENDANT'S ATTORNEY<br>Friedrich Siekert |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | | | | | 66640, St. Louis, MO 63166.Knowledge of facts of Plaintiff's case and attempts to locate other jobs for which to place Plaintiff. |
| 5. | | | | | Rochelle Eastman. Former USPS Employee. Postmaster Minneapolis will testify about conversation with Joyce Lambert regarding Lambert's search for a detail in Minneapolis. Knowledge of discrimination. |
| 6. | | | | | Gregory Drazkowski. Mpls St. Paul, BMC, 3165 Lexington Avenue South, Eagan, MN 55121. Knowledge of Plaintiff's detail assignment. |
| 7. | | | | | Terry Helmgren. USPS Employee. A male USPS manager who was treated differently than Plaintiff. |
| 8. | | | | | Carol LeViege. 180 East Kellogg Blvd. St. Paul, MN 55164. Supervisor, St. Paul P & DC will testify about the atmosphere of gender discrimination and hostile environment toward women. |
| 9. | | | | | Richard Lambert. 2986 Duluth Street, Maplewood, MN. Plaintiff's Husband who will testify about Plaintiff's emotional distress. |
| 10. | | | | | Joan McDonnell. 180 East Kellogg Blvd, St. Paul, MN 55101. EEO ADR |

| PRESIDING JUDGE<br>Hon. Michael J. Davis | PLAINTIFFS' ATTORNEYS<br>Celeste Culberth<br>Leslie L. Lienemann | DEFENDANT'S ATTORNEY<br>Friedrich Siekert |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | | | | | Specialist. Knowledge of Plaintiff's EEO Complaint. |
| 11. | | | | | Joan T. Marshall. USPS Employee. Human Resources will testify about retaliation and decision to offer demotion and downgrade in pay. |
| 12. | | | | | Michele Purton. USPS Employee. District Manager will testify about ALP requirements and need for mentoring and complaint of discrimination. |
| 13. | | | | | Jane Redfield. USPS Employee. USPS EAP will testify about Lambert's contemporaneous complaints regarding treatment at the USPS. |
| 14. | | | | | Wayne Rogers. USPS Employee. District Manager who will testify about Lambert's attempts to mitigate her damages and his failure to provide appropriate actions to assist Lambert's attempt to mitigate. |
| 15. | | | | | Jean Sandberg. 11273 Oregon Avenue South, Bloomington, MN 55438. A former USPS employee who sued claiming that she had been retaliated against by Judith Thon. |
| 16. | | | | | Charles Schlihting. P.O. Box 645002, St. Paul, MN 55164. Knowledge of work environment of Plaintiff. |

| PRESIDING JUDGE<br>Hon. Michael J. Davis | PLAINTIFFS' ATTORNEYS<br>Celeste Culberth<br>Leslie L. Lienemann | DEFENDANT'S ATTORNEY<br>Friedrich Siekert |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| 17. | | | | | Cindy Svitak Timson. 180 East Kellogg Blvd, St. Paul, MN 55164. Marketing, St. Paul P&DC will testify about the atmosphere of gender discrimination and the hostile work environment fostered by Judith Thon. |
| 18. | | | | | Judy Thon. 180 East Kellogg Blvd, St. Paul, MN 55164. Plant Manager will testify concerning her discriminatory acts and retaliation. |
| 19. | | | | | Tim Vierling. 180 East Kellogg Blvd, St. Paul, MN 55164. Lead MDO, St. Paul P&DC will testify concerning his discriminatory acts and retaliation. |
| 20. | | | | | Bill Wotczak. USPS Employee. Lead Plant Manager will testify about contacting Lambert regarding ALP. |
| 21. | | | | | Patrick Cronin. Ph.D. M.P.H. 3433 Street N.E., Suite 160, Minneapolis, MN 55413. Plaintiff's expert will testify about Plaintiff's emotional distress. |
| 22. | | | | | David Jones, Ph.D. 528 Marshall Avenue, St. Paul, MN 55102. Plaintiff's expert will testify about her economic loss. |
| 23. | | | | | John Rauenhorst, M.D. 1700 West Highway 36, Suite 520 |

| PRESIDING JUDGE<br>Hon. Michael J. Davis | PLAINTIFFS' ATTORNEYS<br>Celeste Culberth<br>Leslie L. Lienemann | DEFENDANT'S ATTORNEY<br>Friedrich Siekert |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | | | | | Roseville, MN 55113. Will testify about Psychological evaluation conducted on behalf of USPS. |
| 24. | | | | | Deanne Printon, N.P. will testify concerning Lambert's appointments regarding anxiety and depression. |
| 25. | | | | | Daniel C. Thomason, Psy. D. L.P. Plaintiff's treating psychologist will testify about emotional distress caused by discrimination. |
| 26. | | | | | Ray Walters. USPS Employee. Knowledge of SPP&DC environment. |
| 27. | | | | | James Flinn. USPS Employee. Knowledge of SPP&DC environment. |
| 28. | | | | | Ronald Studiner. USPS Employee. Knowledge of SPP&DC environment. |
| 29. | | | | | Roy Oscarson. USPS. Employee. Knowledge of SPP&DC environment. |
| 30. | | | | | All witness listed on Defendant's Witness List. |
| 31. | | | | | Rebuttal witnesses: To be determined but may include the following: |
| 32. | | | | | Neil Baker. 180 East Kellogg Blvd, St. Paul, MN 55164. |
| 33. | | | | | Wendy Smith. 180 East Kellogg Blvd, St. Paul, MN 55164. Physically harassed at the St. Paul PP&DC |

| PRESIDING JUDGE<br>Hon. Michael J. Davis | PLAINTIFFS' ATTORNEYS<br>Celeste Culberth<br>Leslie L. Lienemann | DEFENDANT'S ATTORNEY<br>Friedrich Siekert |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| 34. | | | | | Benita Warms. St. Paul, BMC, 3165 Lexington Avenue South, Eagan, MN 55121. Knowledge of discrimination animus. |
| 35. | | | | | Rick Anderson. Manager Columbia Heights Branch. 940 Columbia Heights, MN 55421. Knowledge of Plaintiff's present work performance. |
| 36. | | | | | Paul Anderson. 9705 45th Avenue North, Lost Lake, MN. Managed Plaintiff in May 2003. |

Dated: July 19, 2004

s/Celeste E. Culberth
Celeste E. Culberth 228187
Leslie L. Lienemann 230194
**CULBERTH, LIENEMANN & STRATTON, LLP**
1050 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 290-9300
**Attorneys for Plaintiff**