**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2004, I caused copies of:

1. Proposed Jury Instructions;
2. Plaintiff's Proposed Voir Dire;
3. Plaintiff's Proposed Special Verdict Form;
4. Plaintiff's Proposed Deposition Testimony in Lieu of Live Testimony;
5. Plaintiff's Statement of the Case;
6. Plaintiff's Exhibit List; and
7. Plaintiff's Witness List.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Friedrich A. P. Siekert
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed to the following non-ECF participants:

The Honorable Michael J. Davis
U.S. District Court
District of Minnesota
300 S. 4th Street, Suite 202
Minneapolis, MN 55415

Dated: July 19, 2004

s/ Celeste E. Culberth_______
Celeste E. Culberth