UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2580 MJD/JSM

JOYCE E. LAMBERT,

Plaintiff,

v.

JOHN E. POTTER, IN HIS OFFICIAL CAPACITY AS POSTMASTER GENERAL OF THE UNITED STATES,

Defendant.

**DEFENDANT POTTER'S MOTION IN LIMINE**

Defendant John E. Potter, Postmaster General, United States Postal Service ("USPS) moves in limine for an order excluding certain evidence or categories of evidence during the trial of this case including the following:

1. All evidence of and facts underlying the alleged instances of discrimination and the charges or claims of discrimination arising therefrom which have been dismissed by the Court in its Order dated February 3, 2004, including all claims of disparate treatment, including the proposed detail to the BMC, except the claim regarding the 1999 year end evaluation; all claims of retaliation except the claim regarding the 1999 year end evaluation; all claims relating to the Rehabilitation Act including the alleged failure to accomodate and otherwise; all claims relating to the FMLA retaliation; the claims relating to the alleged involuntary downgrade or constructive demotion of May 2000; and the other claims necessarily included in claims dismissed in

the Court's order dated February 3, 2004;

2. To the extent it was not dismissed in the Court's order of February 3, 2004 (and included in ¶ 1 above) all evidence relating to the alleged involuntary downgrade in May 2000, for lack of subject matter jurisdiction or otherwise;

3. All evidence relating to the claims or circumstances concerning Jean Sandberg, including but not limited to, her claims in Civil No. 98-1653 (DWF/AJB), Civil No. 00-2398 (MJD/JGL), and all her other, earlier EEO claims;

4. All evidence of all prior EEO claims concerning the USPS nationally, in this district (the Northland District) encompassing the Twin Cities, and specifically those involving the St. Paul P&DC specifically;

5. All evidence concerning or relating to conduct or incidents that occurred prior to April 3, 1998, except as such incidents involve the same supervisors and/or employees as those involved in the events that occurred after April 3, 1998;

6. All evidence concerning conduct directed at or involving employees other than Plaintiff Lambert as set forth in Lambert's EEO affidavit and otherwise.

7. The tape recordings of conversations made by plaintiff and all transcripts thereof.

This motion is based on the Court’s order dated February 3, 2004, defendants’ motions for summary judgment and papers filed in support thereof, and the entire record of proceedings herein. The USPS submits herewith a memorandum of law and a proposed order.

Dated: 7/19/04

THOMAS B. HEFFELFINGER
United States Attorney

s/Friedrich A. P. Siekert

BY: FRIEDRICH A. P. SIEKERT
Assistant United States Attorney
Attorney ID Number 142013
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600