UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-2580 MJD/JSM

| | | |
|---|---|---|
| JOYCE E. LAMBERT, Plaintiff, | ) | CERTIFICATE OF SERVICE OF MOTION DOCUMENTS AND PROPOSED ORDER |
| v. | ) | |
| JOHN E. POTTER, IN HIS OFFICIAL CAPACITY AS POSTMASTER GENERAL OF THE UNITED STATES, Defendant. | ) | |

I hereby certify that on July 19, 2004, I caused the following documents:

DEFENDANT POTTER'S MOTION IN LIMINE; MEMORANDUM IN SUPPORT; CERTIFICATE OF SERVICE

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Celeste E. Culberth, Esq.
cculberth@clslawyers.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the judge hearing the motion:

davis_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed to the following:

Celeste E. Culberth, Esq.
cculberth@clslawyers.com

Dated: July 19, 2004

**s/Tina M. Knoll**
Tina M. Knoll