CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| JOYCE LAMBERT,<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, IN HIS OFFICIAL CAPACITY AS POSTMASTER GENERAL OF THE UNITED STATES,<br><br>Defendant. | ) | CIVIL NO. 00-2580 MJD/JSM |

I hereby certify that on July 21, 2004, I caused the following documents:

DEFENDANT POTTER'S OBJECTION TO PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Celeste E. Culberth, Esq.
cculberth@clslawyers.com

Dated: July 21, 2004

s/Deborah D. Amburn
Deborah D. Amburn