UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Joyce E. Lambert,

Plaintiff,

v.

John E. Potter,
United States Postmaster General,

Defendant.

Civil File No. 00-2580 MJD/JSM

**AFFIDAVIT OF CELESTE E. CULBERTH**

---

County of Ramsey )
)ss
State of Minnesota )

1. I am one of the attorneys representing the Plaintiff in above-referenced action.
2. Attached hereto as Exhibit 1 is a true and correct copy of the Memorandum Opinion and Order by Judge Donovan W. Frank dated February 1, 2000 in *Jean Sandberg v. William J. Henderson, United States Postmaster General*, Civil File No. 98-1653 (DWF/AFB.)
3. Attached hereto as Exhibit 2 are true and correct copies of deposition excerpts of the deposition of Judith Thon, Volume I, taken on April 23, 2002.
4. Attached hereto as Exhibit 3 are true and correct copies of deposition excerpts of the deposition of Judith Thon, Volume III taken on September 18, 2002.

Dated: July 21, 2004

s/Celeste E. Culberth____________
Celeste E. Culberth

Subscribed and sworn to before me

This 21st day of July 2004.

s/Kelly A. Linse-Hemmelman_________
Notary