**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2004, I caused copies of Plaintiff's Memorandum Opposing Defendant's Motions in Limine and Affidavit of Celeste E. Culberth with Exhibits to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Friedrich A. P. Siekert
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed to the following non-ECF participants:

The Honorable Michael J. Davis
U.S. District Court
District of Minnesota
300 S. 4th Street, Suite 202
Minneapolis, MN 55415

Dated: July 21, 2004

s/ Celeste E. Culberth________
Celeste E. Culberth