# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| JOYCE LAMBERT, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 00-2580 (MJD/JSM) |
| | ) | Date: November 1, 2004 |
| JOHN POTTER, | ) | Court Reporter: |
| | ) | Time Commenced: 1:00 p.m. |
| Defendant. | ) | Time Concluded: 7:00 p.m. |
| | ) | Time in Court: 6 Hours |

Hearing on: **Settlement**

APPEARANCES:

Plaintiff: Celeste Culberth, Leslie Lienemann
Defendant: Fred Siekert,

PROCEEDINGS:

☒ Settlement reached and placed on the record.

s/Katie Haagenson
Judicial Assistant