UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 00-2580 (MJD/JSM)

LAMBERT

Plaintiff,

v. ORDER

POTTER

Defendant.

---

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for 1 year from the date of this order, to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: January 12, 2005

s/ Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge